**APPEAL**

United States District Court
Southern District of Texas
FILED

**U.S. Bankruptcy Court**
**Southern District of Texas (Brownsville)**
**Bankruptcy Petition #: 01-24255**

JAN 2 9 2003

Michael N. Milby
Clerk of Court

**B-03-029**

*Assigned to:* Richard S Schmidt
Chapter 7
Voluntary
Asset

*Date Filed:* 12/31/2001

**Juan Pequeno**
PO Box 5692
Brownsville, TX 78523
SSN: 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
*Debtor*

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                        **Deputy Clerk**

**Michael B Schmidt**
712 American Bank Plaza
Corpus Christi, TX 78475
361-884-9949
*Trustee*

**Michael B Schmidt**
712 American Bank Plaza
Corpus Christi, TX 78475
361-884-9949
Fax : 361-884-6000
Email: mbstrust@swbell.net

                    represented by **Michael B Schmidt**
Attorney at Law
712 American Bank Plaza
Corpus Christi, TX 78475
361-884-9949
Fax : 361-884-6000
Email: mbsatty@swbell.net

**US Trustee, 7**
Office of the U S Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
(713) 718-4650
*U.S. Trustee*

                    represented by

**Barbara C Jue**
Office of U S Trustee
606 N Carancahua
Ste 1107
Corpus Christi, TX 78476
361-888-3261
Fax : 361-888-3263

| Filing Date | # | Docket Text |
|---|---|---|
| 12/31/2001 | 1 | Voluntary Petition missing documents: Statement ofFinancial Affairs Schedules A-J Debtors Statement Of IntentDue on 1/15/02 ;Proof of Claim [gov] Deadline: 6/29/02 . [Filing Fee $ 60.00 Receipt # 956688][jhil] (Entered: 01/04/2002) |

| 12/31/2001 | 2 | Receipt of Creditors List / matrix[jhil] (Entered: 01/04/2002) |
|---|---|---|
| 12/31/2001 | 3 | Application By Debtor Juan Pequeno To Pay Filing Fee InInstallments[jhil] (Entered: 01/04/2002) |
| 01/04/2002 | 4 | Notice of Appointment of Trustee, Michael Schmidt[jhil] (Entered: 01/04/2002) |
| 01/07/2002 | 5 | Order Granting [3-1] Application To Pay Filing Fee InInstallments by Juan Pequeno Amount Paid $ 60.00 1stInstallment Due on 1/28/02 Amt $ 50.00 ; 2nd InstallmentDue on 2/25/02 Amt $ 50.00 ; Final Installment Due on3/25/02 Amt $ 40.00 Parties Notified.[vrio] (Entered: 01/07/2002) |
| 01/16/2002 | 6 | Motion by Debtor Juan Pequeno To Voluntarily Dismiss Case . cc: BNC[vrio] (Entered: 01/22/2002) |
| 02/01/2002 | 7 | Court's Certificate of Mailing Re: [6-1] Motion ToVoluntarily Dismiss Case by Juan Pequeno # of Notices:35.[vrio] (Entered: 02/05/2002) |
| 02/12/2002 | 8 | Request by Creditor Aurora Loan Services Inc For Notice.[vrio] (Entered: 02/14/2002) |
| 02/14/2002 | 9 | Objection By Trustee Michael B Schmidt To [6-1] MotionTo Voluntarily Dismiss Case by Juan Pequeno . LG[vrio] (Entered: 02/20/2002) |
| 02/22/2002 | 10 | Order Setting Hearing RE: [6-1] Motion To VoluntarilyDismiss Case by Juan Pequeno Scheduled 9:00 3/6/02 at 600E Harrison, Brownsville Parties Notified.[vrio] (Entered: 02/22/2002) |
| 03/06/2002 | 11 | Hearing Re: [6-1] Motion To Voluntarily Dismiss Case byJuan Pequeno Continued 9:00 4/10/02 at 600 E Harrison,Brownsville[vrio] (Entered: 03/08/2002) |
| 03/14/2002 | 12 | Motion By Creditor Aurora Loan Services Inc For ReliefFrom Stay Re: 1354 Jenkins Ave Brownsville TX . Last DayFor Objections 4/3/02[srus] (Entered: 03/14/2002) |
| 03/14/2002 | 13 | Notice of Hearing Re: [12-1] Motion For Relief From StayRe: 1354 Jenkins Ave Brownsville TX by Aurora Loan ServicesInc Preliminary Hearing Scheduled For 9:00 4/10/02 at 600 EHarrison, Brownsville[srus] (Entered: 03/14/2002) |
| 03/18/2002 | 14 | Notice of Appearance and Request for Notice by William Abney Faulk Jr Filed by on behalf of Alejandra Tapiero. (jezz, ) (Entered: 03/20/2002) |
| 03/22/2002 | 15 | Certificate of Service Filed by Beatrice Grevel for Aurora Loan Services Inc |

|  |  | (related document(s)12, 13). (jezz, ) (Entered: 03/22/2002) |
|---|---|---|
| 03/29/2002 | 17 | Motion for Relief from Stay re: *Lease in the amount of $480.00 a month.* Receipt Number 958464, Fee Amount $75. Filed by Alejandra Tapiero. Hearing scheduled for 5/8/2002 at 09:00 AM at Brownsville, 600 E Harrison. (Attachments: #(1) Proposed Order) (vrio, ) (Entered: 04/04/2002) |
| 03/29/2002 |  | Receipt Number 958464, Fee Amount $75.00. (related document(s)17). (jhil, ) (Entered: 04/10/2002) |
| 04/01/2002 | 16 | Order Extending Automatic Stay on Motion for Relief from Stay filed by Alejandra Tapiero. Stay shall remain in effect pending hearing on5/8/02 at 9:00 a.m. in Brownsville. Signed on 4/1/2002. (vrio, ) (Entered: 04/02/2002) |
| 04/08/2002 | 18 | Certificate of Service Filed by Alejandra Tapiero (related document(s)17). (jezz, ) (Entered: 04/10/2002) |
| 04/10/2002 | 19 | Unopposed Order Granting Motion for Relief from Stay filedby Aurora Loan Services Inc. Signed on 4/10/2002. (vrio, ) (Entered: 04/15/2002) |
| 04/10/2002 |  | Courtroom Minutes. Time Hearing Held: 9:00am. Appearances: R. Hoffman, W. Faulk. (related document(s)12, 13). Order submitted and signed. (take, ) (Entered: 04/12/2002) |
| 04/10/2002 |  | Courtroom Minutes. Time Hearing Held: 9:00am. Appearances: J. Vardeman, R. Hoffman. (related document(s)6). Arguments presented. Denied. (take, ) (Entered: 04/12/2002) |
| 04/17/2002 | 20 | BNC Certificate of Mailing. Service Date 04/17/02. (Related Doc # 19) (Admin.) (Entered: 04/18/2002) |
| 04/23/2002 | 21 | Motion to Reconsider Filed by Juan Pequeno (related document(s)19). (Attachments: # 1 Proposed Order) (vrio, ) (Entered: 04/24/2002) |
| 05/07/2002 | 22 | Motion *to Deny Relief from Stay* Filed by Juan Pequeno. (jezz, ) (Entered: 05/08/2002) |
| 05/08/2002 | 23 | Response to (related to motions(s)21) Filed by Aurora Loan Services Inc. (jezz, ) (Entered: 05/08/2002) |
| 05/08/2002 |  | Hearing Held (related document(s)17). Arguments presented. Stay lifts in 10 days. Stay lifts immediately in State Court action. Order to be submitted within 10 days. (take, ) (Entered: 05/08/2002) |
| 05/09/2002 | 24 | Order Granting Motion For Relief From Stay (Related Doc # 17) Signed on 5/9/2002. (vrio, ) (Entered: 05/09/2002) |
|  |  |  |

| 05/12/2002 | 25 | BNC Certificate of Mailing. Service Date 05/12/02. (Related Doc # 24) (Admin.) (Entered: 05/13/2002) |
|---|---|---|
| 05/21/2002 | | Meeting of Creditors. 341(a) meeting to be held on 6/14/2002 at 12:00 PM at Harlingen, 222 E Van Buren. Last day to oppose discharge or dischargeability is 8/13/2002. (gjon, ) (Entered: 05/21/2002) |
| 05/22/2002 | 26 | Order Setting Hearing Signed on 5/22/2002 (related document(s)21). Hearing scheduled for 6/5/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (vrio, ) (Entered: 05/22/2002) |
| 05/23/2002 | 27 | Motion to Reconsider Filed by Juan Pequeno (related document(s)24). (vrio, ) (Entered: 05/23/2002) |
| 05/23/2002 | 28 | Motion to Compel *Debtor to file his Schedules and Statement of Financial Affairs* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Granting motion to compel) (Schmidt, Michael) (Entered: 05/23/2002) |
| 05/24/2002 | 29 | BNC Certificate of Mailing. Service Date 05/24/02. (Admin.) (Entered: 05/25/2002) |
| 05/24/2002 | 30 | BNC Certificate of Mailing. Service Date 05/24/02. (Related Doc # 26) (Admin.) (Entered: 05/25/2002) |
| 06/05/2002 | | Hearing Continued (related document(s)21). Arguments presented. Court will reconsider the lift of stay. Debtor to file schedules by 6/17/02 or Motion for Sanctions will be filed. Court clarified actions to be taken ; and awaited Debtor to respond to Discovery. Hearing rescheduled for 8/7/2002 at 09:00 AM at Brownsville, 600 E Harrison. (take, ) (Entered: 06/05/2002) |
| 06/12/2002 | 31 | Application to Employ Law Offices of Michael B. Schmidt and Law Offices of Frank Costilla as Special Counsel Under a Contingency Fee Contract. Objections/Request for Hearing Due in 7 days. Filed by Michael B Schmidt. (Attachments: # 1 ProposedOrder Employing Special Counsel) (Schmidt, Michael) (Entered: 06/12/2002) |
| 06/13/2002 | 32 | Order Granting Application to Employ Frank Costilla, and Michael B Schmidt as special counsel (Related Doc # 31) Signed on 6/13/2002. (vrio, ) (Entered: 06/14/2002) |
| 06/13/2002 | 33 | Order Striking Motion (Related Doc # 22) Signed on 6/13/2002. (vrio, ) (Entered: 06/14/2002) |
| 06/16/2002 | 34 | BNC Certificate of Mailing. Service Date 06/16/02. (Related Doc # 32) (Admin.) (Entered: 06/17/2002) |
| 06/16/2002 | 35 | BNC Certificate of Mailing. Service Date 06/16/02. (Related Doc # 33) |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 06/17/2002) |
| 06/17/2002 | 37 | Statement of Financial Affairs Filed by Juan Pequeno. (vrio, ) (Entered: 06/18/2002) |
| 06/17/2002 | 38 | Statement of Intent. Filed by Juan Pequeno. (vrio, ) (Entered: 06/19/2002) |
| 06/17/2002 | 39 | Schedules A-J and Summary Filed by Juan Pequeno. (vrio, ) (Entered: 06/19/2002) |
| 06/18/2002 | 36 | Application to Employ Law Offices of Michael B. Schmidt as Attorney. Objections/Request for Hearing Due in 7 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Employing Attorney) (Schmidt, Michael) (Entered: 06/18/2002) |
| 06/21/2002 | 40 | Order Granting Application to Employ Michael B Schmidt as attorney for thetrustee (Related Doc # 36) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/21/2002 | 41 | Order Striking Motion To Reconsider (Related Doc # 27) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/21/2002 | 42 | Order Granting Motion To Compel (Related Doc # 28) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/23/2002 | 43 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 40) (Admin.) (Entered: 06/24/2002) |
| 06/23/2002 | 44 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 41) (Admin.) (Entered: 06/24/2002) |
| 06/23/2002 | 45 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 42) (Admin.) (Entered: 06/24/2002) |
| 06/25/2002 | 46 | Motion to Reconsider Filed by Juan Pequeno (related document(s)27, 24). (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 06/25/2002) |
| 06/26/2002 | 47 | Order Setting Hearing Signed on 6/26/2002 (related document(s)46). Hearing scheduled for 8/7/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 06/26/2002) |
| 06/28/2002 | 48 | BNC Certificate of Mailing. Service Date 06/28/02. (Related Doc # 47) (Admin.) (Entered: 06/29/2002) |
| 07/18/2002 | 49 | Motion *to Deny the Hiring of Attorney Frank Costilla* Filed by Juan Pequeno. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 07/18/2002) |
| 07/18/2002 | 50 | Motion to Convert Case to Chapter 13 Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio. ) (Entered: 07/18/2002) |
| 07/22/2002 | 51 | Objection to (related to motions(s)50) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Motion to Convert) (Schmidt, Michael) (Entered: 07/22/2002) |
| 07/22/2002 | 52 | Response to (related to motions(s)49) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Pequeno Motion to Deny Hiring Costilla) (Schmidt, Michael) (Entered: 07/22/2002) |
| 08/07/2002 | | Hearing Held (related document(s)21, 46). Clarifications stated on record. Case to be converted to Chapter 13. (take, ) (Entered: 08/07/2002) |
| 08/16/2002 | 53 | Notice of Appearance and Request for Notice Filed by Barbara K Hamilton Filed by on behalf of American Express Centurion Bank. (vrio, ) (Entered: 08/16/2002) |
| 08/20/2002 | 54 | Order Setting Hearing Signed on 8/20/2002 (related document(s)49, 50). Hearing scheduled for 9/18/2002 at 09:00 AM at McAllen, Bentsen Twr W Bush Hwy 83. (vrio, ) (Entered: 08/20/2002) |
| 08/23/2002 | 55 | BNC Certificate of Mailing. Service Date 08/23/02: (Related Doc # 54) (Admin.) (Entered: 08/24/2002) |
| 09/03/2002 | 56 | AMENDED Order Setting Hearing Signed on 9/3/2002 (related document(s) 49). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/04/2002) |
| 09/03/2002 | 57 | AMENDED Order Setting Hearing Signed on 9/3/2002 (related document(s) 50). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/04/2002) |
| 09/03/2002 | 59 | Amended Schedules and Summary: Amended Schedule(s): B and C Filed by Juan Pequeno. (vrio, ) (Entered: 09/05/2002) |
| 09/03/2002 | 60 | Chapter 13 Plan Filed by Juan Pequeno. (vrio, ) (Entered: 09/05/2002) |
| 09/03/2002 | | Receipt Number 960480, Fee Amount $20.00. (Amended Schedules A - J)58. (gjon, ) (Entered: 09/04/2002) |
| 09/04/2002 | 58 | Schedules A-J and Summary, Statement of Financial Affairs, Statement of Intent. Filed by Juan Pequeno. (vrio, ) (Entered: 09/04/2002) |
| | | |

| 09/06/2002 | 61 | Emergency Motion *for Authority to Mediate and Settle* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Authorizing Trustee to Mediate and Settle) (Schmidt, Michael) (Entered: 09/06/2002) |
|---|---|---|
| 09/06/2002 | 62 | Motion to Expedite Hearing *on Motion for Authority to Mediate and Settle Set for 9/11/02 at 9:00 a.m. in Corpus Christi, TX* Filed by Michael B Schmidt (related document(s)61). (Attachments: # 1 Proposed Order Setting Hearing) (Schmidt.Michael) (Entered: 09/06/2002) |
| 09/06/2002 | 63 | Objection to Debtor's Claim of Exemptions Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Sustaining Objection to Exemptions) (Schmidt, Michael) (Entered: 09/06/2002) |
| 09/06/2002 | 64 | BNC Certificate of Mailing. Service Date 09/06/02. (Related Doc # 56) (Admin.) (Entered: 09/07/2002) |
| 09/09/2002 | 65 | Amended Notice *of Hearing Reset by Court for 9/11/02* Filed by Michael B Schmidt (related document(s)62, 61). (Schmidt, Michael) (Entered: 09/09/2002) |
| 09/09/2002 | 66 | Amended Notice *of Hearing Reset by the Court for 9/10/02 in Corpus Christi* Filed by Michael B Schmidt (related document(s)65). (Schmidt, Michael) (Entered: 09/09/2002) |
| 09/09/2002 | 67 | Order Granting Motion Expedite Hearing on Motion for Authority to Mediate and Settle. Hearing is set for 9/10/02 at 9:00 a.m. in Corpus Christi. (Related Doc # 62) Signed on 9/9/2002. (vrio, ) (Entered: 09/09/2002) |
| 09/09/2002 |  | Hearing Set On (related document(s)61). Hearing scheduled for 9/10/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (vrio, ) (Entered: 09/09/2002) |
| 09/10/2002 | 68 | Order Granting Emergency Motion to Authorize Trustee to Mediate and Settle (Related Doc # 61) Signed on 9/10/2002. (vrio, ) (Entered: 09/10/2002) |
| 09/10/2002 | 69 | Notice *of Hearing on Objection to Exemption set for October 9, 2002 in Brownsville* Filed by Michael B Schmidt (related document(s)63). (Schmidt, Michael) (Entered: 09/10/2002) |
| 09/10/2002 |  | Notice of Reset of Meeting of Creditors Filed by Michael B Schmidt. 341(a) meeting to be held on 9/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren. (Schmidt, Michael) (Entered: 09/10/2002) |
| 09/10/2002 |  | Hearing Continued (related document(s)63). Arguments presented. Hearing rescheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (take, ) (Entered: 09/10/2002) |
| 09/10/2002 |  | Hearing Held (related document(s)62, 61). Arguments presented. Court |

| | | clarified matters on record. Deposition to be taken. Order submitted and signed. (take, ) (Entered: 09/10/2002) |
|---|---|---|
| 09/12/2002 | 70 | Order Setting Hearing Signed on 9/12/2002 (related document(s)63). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/12/2002) |
| 09/12/2002 | 71 | BNC Certificate of Mailing. Service Date 09/12/02. (Related Doc # 67) (Admin.) (Entered: 09/13/2002) |
| 09/12/2002 | 72 | BNC Certificate of Mailing. Service Date 09/12/02. (Related Doc # 68) (Admin.) (Entered: 09/13/2002) |
| 09/14/2002 | 73 | BNC Certificate of Mailing. Service Date 09/14/02. (Related Doc # 70) (Admin.) (Entered: 09/16/2002) |
| 09/24/2002 | 74 | Joint Motion *for approval of compromise and to approve settlement agreement with notice of hearing set for October 9, 2002 at 9:00a.m. in Brownsville, TX* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Approving compromise andsettlement) (Schmidt, Michael) (Entered: 09/24/2002) |
| 09/25/2002 | 75 | Agreed Order Approving Settlement Agreement (Related Doc # 74) Signed on 9/25/2002. (vrio, ) (Entered: 09/26/2002) |
| 09/25/2002 | 76 | Motion to Appear by Telephone. Objections/Request for Hearing Due in 20 days, Motion to Waive Appearance at 341 Meeting. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 09/26/2002) |
| 09/26/2002 | 77 | Motion *to Object to Trustee's Objection to Exemptions* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 09/26/2002) |
| 09/27/2002 | 78 | Amended Motion *to Objection to Trustee's Objection to Exemptions* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order Order Setting Hearing) (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 79 | Motion to Vacate. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno (related document(s)68). (Attachments: # 1 Proposed Order Order Setting Hearing) (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 80 | Order Setting Hearing Signed on 9/27/2002 (related document(s)78). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 81 | Proposed Order by Juan Pequeno (related document(s)79). (vrio, ) (Entered: |

| | | |
|---|---|---|
| | | 09/27/2002 |
| 09/27/2002 | 82 | Order Denying Motion to Appear by Telephone (Related Doc # 76), Denying Motion To Waive Appearance at 341 Meeting (Related Doc # 76) Signed on 9/27/2002. (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 83 | Order Setting Hearing on Motion to Object and Revoke Order Authorizing Trustee to Mediate and Settle because of False Statements. Signed on 9/27/2002 (related document(s)79). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/27/2002) |
| 09/28/2002 | 84 | BNC Certificate of Mailing. Service Date 09/28/02. (Related Doc # 75) (Admin.) (Entered: 09/29/2002) |
| 09/29/2002 | 85 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 80) (Admin.) (Entered: 09/30/2002) |
| 09/29/2002 | 86 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 82) (Admin.) (Entered: 09/30/2002) |
| 09/29/2002 | 87 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 83) (Admin.) (Entered: 09/30/2002) |
| 09/30/2002 | | Notice of Continuance of Meeting of Creditors on 10/31/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 09/30/2002) |
| 10/02/2002 | 88 | Response to (related to motions(s)79) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order denying debtor's motion to revoke order) (Schmidt, Michael) (Entered: 10/02/2002) |
| 10/02/2002 | 89 | Motion *to Revoke Sale of Debtor's Home Which was in Violation of Oral Stay* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/03/2002) |
| 10/04/2002 | 90 | Motion to Vacate. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno (related document(s)75). (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/04/2002) |
| 10/04/2002 | 91 | Order Setting Hearing Signed on 10/4/2002 (related document(s)89). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 10/04/2002) |
| 10/07/2002 | 92 | Motion *for Telephonic Appearance at 341 Meeting*, Motion to Waive Appearance at 341 Meeting. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/07/2002) |
| | | |

| 10/09/2002 | 93 | BNC Certificate of Mailing. Service Date 10/09/02. (Related Doc # 91) (Admin.) (Entered: 10/10/2002) |
|---|---|---|
| 10/09/2002 | 95 | Exhibit List A-P (All Admitted) Filed by Michael B Schmidt. (vrio, ) (Entered: 10/10/2002) |
| 10/09/2002 | | Corrective Entry. The Only Exhibits offered and Admitted officially on 10/9/02 Hearing in Brownsville,Texas were submitted by the Trustee. (take, ) (Entered: 10/15/2002) |
| 10/09/2002 | | Hearing Held (related document(s)63). Exhibits offered and admitted. Witnesses sworn and testimony presented. Seven (7) days are given for submission of briefs / documents. Matters clarified on record. Matters will be taken Under Advisement after briefs / documents are received. (take, ) (Entered: 10/09/2002) |
| 10/09/2002 | | Hearing Held (related document(s)49, 50). Exhibits offered and admitted. Witnesses sworn and testimony presented. Seven (7) days are given for submission of briefs or documents on this issue. Matters clarified on record in regards to the Stay issue, seven (7) days are given for submission of briefs on the Stay issue. Matters will be taken Under Advisement after briefs / documents are submitted. (take, ) (Entered: 10/09/2002) |
| 10/10/2002 | 94 | Trustee's Notice of Assets & Request for Notice to Creditors Filed by Michael B Schmidt. (Schmidt, Michael) (Entered: 10/10/2002) |
| 10/10/2002 | | Courtroom Minutes. Debtor did not provide exhibits to the Court ; Debtor stated copies were needed for the Court as well as the Trustee ; Courtroom Deputy Clerk informed Debtor that Exhibits could be submitted that day ( 10/9/02 ) or prior to the Staff leaving Brownsville on the next day ( 10/10/02 ). Exhibits were NOT tendered as of 11:00am on 10/10/02, when staff departed to return to Corpus Christi. (take, ) (Entered: 10/10/2002) |
| 10/11/2002 | 96 | Brief Filed by Michael B Schmidt (related document(s), ). (Attachments: # 1 Proposed Order on Post Trial Brief) (Schmidt, Michael) (Entered: 10/11/2002) |
| 10/11/2002 | 97 | Notice of Assets. (blac, ) (Entered: 10/15/2002) |
| 10/15/2002 | 98 | Letter to Juan Pequeno from U S Bankruptcy Court regarding exhibits received on 10/11/02. (vrio, ) (Entered: 10/16/2002) |
| 10/15/2002 | | Courtroom Minutes. Pro Se Debtor submitted his Exhibits to the Court on October 11, 2002. The Court can not consider these Exhibits since they were not presented at the time of the hearing ; therefore they are not admitted and are being returned so as the Debtor may take other actions in the appropriate context of Judicial proceedings. (take, ) (Entered: 10/15/2002) |

| | | |
|---|---|---|
| 10/16/2002 | 99 | Debtor's Post Trial Brief, for Exemptions of Final Judgment, for Conversion to Chapter 13 Plan and Denying of the Hiring of Attorney Frank Costilla, Objection to Trustee Michael Schmidt's Inclomplete Submitting of Debtor's Schedules and Revoking of Trustee Michael Schmidt and Attorney Frank Costilla's Mediation/Settlement and Objection to Certain Trustee Exhibits Filed by Juan Pequeno. (Attachments: # 1 Proposed Order) (vrio, ) (Entered: 10/16/2002) |
| 10/16/2002 | 101 | Supplement Brief Filed by Juan Pequeno (related document(s)99). (Attachments: # 1 Proposed Order # 2 Supplement) (vrio, ) (Entered: 10/17/2002) |
| 10/16/2002 | 102 | Supplemental Exhibit List Filed by Juan Pequeno (related document(s)101). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (vrio, ) (Entered: 10/17/2002) |
| 10/17/2002 | 100 | Response to (related to motions(s)92) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order) (Schmidt, Michael) (Entered: 10/17/2002) |
| 10/17/2002 | 103 | BNC Certificate of Mailing. Service Date 10/17/02. (Related Doc # 97) (Admin.) (Entered: 10/18/2002) |
| 10/17/2002 | 104 | Supplement #2 to Post Trial Brief by Juan Pequeno (related document(s)99). (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/18/2002) |
| 10/21/2002 | 106 | Transcript RE: hearing held on 8/7/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 10/24/2002) |
| 10/22/2002 | 105 | Response to (related to motions(s)89) Filed by Aurora Loan Services Inc. (vrio, ) (Entered: 10/23/2002) |
| 10/30/2002 | 107 | Order Setting Hearing Signed on 10/30/2002 (related document(s)90). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 10/31/2002) |
| 10/31/2002 | 108 | Motion *Response and Objection of Trustee to Debtor's Post Trial Brief* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Post Trial Brief) (Schmidt, Michael) (Entered: 10/31/2002) |
| 11/03/2002 | 109 | BNC Certificate of Mailing. Service Date 11/03/02. (Related Doc # 107) (Admin.) (Entered: 11/04/2002) |
| 11/05/2002 | 110 | Order Setting Hearing Signed on 11/5/2002 (related document(s)92). Hearing scheduled for 12/11/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 11/05/2002) |

| | | |
|---|---|---|
| 11/06/2002 | 111 | Application for Administrative Expenses *for Esquire Deposition Services.* Objections/Request for Hearing Due in 20 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Authorizing Payment of Admin Expense) (Schmidt, Michael) (Entered: 11/06/2002) |
| 11/06/2002 | | Hearing Continued (related document(s)90). Judge called the creditor, Aurora Home Loans, regarding whether or not they received notice of scheduled hearing. The creditor was aware of scheduled hearing. Creditor informed the court that Mr. Hoffman was supposed to be present. Judge continued matter and allowed parties to appear by video. Hearing scheduled for 11/7/2002 at 03:00 PM at Corpus Christi, 1133 N Shoreline. (lgar, ) (Entered: 11/06/2002) |
| 11/06/2002 | | Notice of Reset of Meeting of Creditors Filed by Michael B Schmidt. 341(a) meeting to be held on 11/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren. (Schmidt, Michael) (Entered: 11/06/2002) |
| 11/06/2002 | | Hearing Held (related document(s)90, 78, 79, 92, 89). Arguments presented by Schmidt and Pro Se Debtor. Schmidt informed the court that #78 and 79 have been put under advisement. Schmidt also informed the court that the Motion to Convert was also put under advisement. Judge informed Debtor to attend the 341 meeting scheduled for 11/26/02. (lgar, ) (Entered: 11/06/2002) |
| 11/07/2002 | 112 | BNC Certificate of Mailing. Service Date 11/07/02. (Related Doc # 110) (Admin.) (Entered: 11/08/2002) |
| 11/07/2002 | 117 | Exhibit List A-Z and AA-AJ (All Admitted) Filed by Juan Pequeno. (vrio, ) (Entered: 11/12/2002) |
| 11/08/2002 | | Hearing Held (related document(s)90, 78, 79, 74, 89).Agruments presented by Pro Se Debtor, Schmidt and Hoffman. Debtor's exhibits were admitted. Judge ruled that the Motion to Convert was denied, Objection to Exemptions were denied and the settlement approvement was granted. Schmidt will be filing proposed orders within 10 days. Judge asked Hoffman to visit with the mortgage company regarding the foreclosure of the home. Judge asked Hoffman to inform the Judge of the staus. Judge also ordered a copy of the transcript of June 5, 2002. (lgar, ) (Entered: 11/08/2002) |
| 11/08/2002 | | Notice of Continuance of Meeting of Creditors on 11/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 11/08/2002) |
| 11/11/2002 | 113 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)50). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 114 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)79). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 115 | Proposed Order Submission After Hearing Filed by Michael B Schmidt |

| | | |
|---|---|---|
| | | (related document(s)90). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 116 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)63). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/12/2002 | 118 | Order Sustaining #63 Objection to Exemption of Property. Signed on 11/12/2002. (vrio, ) Modified on 11/15/2002 (jezz, ). (Entered: 11/14/2002) |
| 11/12/2002 | 119 | Order Denying #90 Motion to Vacate Trustee's Agreed Order Approving Settlement Agreement. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/12/2002 | 120 | Order Denying #79 Motion to Vacate Order Authorizing Trustee to Mediate and Settle. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/12/2002 | 121 | Order Denying #50 Motion to Convert Case to Chapter 13. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/16/2002 | 122 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 118) (Admin.) (Entered: 11/18/2002) |
| 11/16/2002 | 123 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 119) (Admin.) (Entered: 11/18/2002) |
| 11/16/2002 | 124 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 120) (Admin.) (Entered: 11/18/2002) |
| 11/16/2002 | 125 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 121) (Admin.) (Entered: 11/18/2002) |
| 11/18/2002 | 148 | Transcript RE: hearing held on 6/5/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/16/2003) |
| 11/21/2002 | 130 | Transcript RE: hearing held on 9/10/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (vrio, ) (Entered: 11/26/2002) |
| 11/22/2002 | 126 | Notice of Appeal. Receipt Number 961354,Fee Amount $105. Filed by Juan Pequeno (related document(s)121). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 127 | Notice of Appeal. Receipt Number 961355,Fee Amount $105. Filed by Juan Pequeno (related document(s)120). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 128 | Notice of Appeal. Receipt Number 961356,Fee Amount $105. Filed by Juan |

| | | |
|---|---|---|
| | | Pequeno (related document(s)119). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 129 | Notice of Appeal. Receipt Number 961357.Fee Amount $105. Filed by Juan Pequeno (related document(s)118). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961354, Fee Amount $105.00. (related document(s)126). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961357, Fee Amount $105.00. (related document(s)129). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961355, Fee Amount $105.00. (related document(s)127). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961356, Fee Amount $105.00. (related document(s)128). (jhil, ) (Entered: 11/25/2002) |
| 11/26/2002 | 131 | Notice/Letter regarding Notice of Appeals (02-16, 02-17, 02-18, 02-19). (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | 132 | (Appeal #02-16) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | 133 | (Appeal #02-17) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | 134 | (Appeal #02-18) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | 135 | (Appeal # 02-19) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | 136 | Objection to (related to motions(s)111) Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order Setting Hearing) (vrio, ) (Entered: 11/26/2002) |
| 12/02/2002 | 137 | Order Setting Hearing Signed on 12/2/2002 (related document(s)111). Hearing scheduled for 1/8/2003 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 12/03/2002) |
| 12/02/2002 | 138 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)128). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |

| 12/02/2002 | 139 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)126). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
|---|---|---|
| 12/02/2002 | 140 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)127). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/02/2002 | 141 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)129). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/03/2002 | | Notice of Continuance of Meeting of Creditors on 12/20/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 12/03/2002) |
| 12/04/2002 | 142 | Certificate of Service Filed by Michael B Schmidt (related document(s)111). (Schmidt, Michael) (Entered: 12/04/2002) |
| 12/06/2002 | 143 | BNC Certificate of Mailing. Service Date 12/06/02. (Related Doc # 137) (Admin.) (Entered: 12/07/2002) |
| 12/11/2002 | 144 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)126). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 145 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)127). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 146 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)128). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 147 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)129). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | | Hearing Held (related document(s)92). Matter is moot per Schmidt. (lgar, ) (Entered: 12/11/2002) |
| 01/02/2003 | 152 | Appellant's List of Exhibits (Appeal #02-18) by Juan Pequeno (related document(s)128. Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 153 | Appellant's List of Exhibits (Appeal #02-19) by Juan Pequeno (related |

| | | |
|---|---|---|
| | | document(s)129). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 154 | Appellant's List of Exhibits (Appeal #02-16) by Juan Pequeno (related document(s)126). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 155 | Appellant's List of Exhibits (Appeal #02-17) by Juan Pequeno (related document(s)127). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/08/2003 | | Hearing Held (related document(s)111). Agruments presented by Schmidt and Pequeno. The Judge approved the expenses. (lgar, ) (Entered: 01/08/2003) |
| 01/27/2003 | 149 | Transcript RE: hearing held on 10/9/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| 01/27/2003 | 150 | Transcript RE: hearing held on 11/7/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| 01/27/2003 | 151 | Transcript RE: hearing held on 11/6/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 156 | Notice of Docketing Record on Appeal #02-18 (related document(s)128). (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 157 | Notice of Docketing Record on Appeal #02-19. (related document(s)141). (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 158 | Notice of Docketing Record on Appeal #02-16. (related document(s)126). (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 159 | Notice of Docketing Record on Appeal #02-17. (related document(s)127). (vrio, ) (Entered: 01/28/2003) |

NOTICE OF APPEAL TO
U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
FROM AN ORDER OF A BANKRUPTCY COURT

United States Bankruptcy Court for the
Southern District of Texas Brownsville Division

#96354

Case NO. 01-24255-B-7

IN RE:
    Juan Pequeno,
              Debtor

)
)
)
)
)

Notice of Appeal

United States District Court
Southern District of Texas
FILED

NOV 2 2 2002

Michael N. Milby
Clerk of Court

Notice is hereby given that Juan Pequeno, Debtor in the above named

case hereby appeals to the United States District Court for the Southern District of

Texas from an order of November 12, 2002, denying Debtor's Motion to Object and

to Revoke Trustee's Agreed Order Approving Settlement Agreement (Dkt# 115).

On September 3, 2002, Debtor filed his amended schedules to Chapter 7 for

Bankruptcy Federal Exemption Law of Debtor's Final Judgment, Chapter 13 conversion

schedules, and a Chapter 13 plan.

On September 5, 2002, Trustee Michael Schmidt filed for an emergency hearing

in order to proceed to mediate/settle so that Trustee M. Schmidt could control Debtor's

estate and stop Debtor from being lawfully granted the Exemption and the Conversion to

a Chapter 13.

Trustee M. Schmidt states in paragraph 5 of his 'Emergency Motion for Authority

to mediate and settle' Debtor's Final Judgment before the 5th Circuit Court:    "An emergency

exists as  Trustee feels that he needs authority to mediate/settle the entire appeal in light of

Debtor's recent claim of exemption."    The Honorable Judge Richard Schmidt did not agree

1

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                     Deputy Clerk

128

that an emergency existed based on the fact that Debtor had a recent claim of exemption of the Final Judgment, but a hearing was held.

On September 10, 2002, the Honorable Judge Richard Schmidt ruled at a hearing that Trustee M. Schmidt could not mediate/settle on the Final Judgment without Debtor, but Trustee M. Schmidt and Mr. Frank Costilla's firm held a mediation/ settlement without even notifying Debtor, who was representing himself at the time.

Trustee M. Schmidt acknowledged to the Court that he could not say that he was the sole authority of the Final Judgment of $420,359, nor could Trustee M. Schmidt say that the full amount of $420,359 could be brought to mediation and settlement.

Honorable Judge R. Schmidt said that even if he granted Trustee M. Schmidt an order allowing for a meeting to discuss mediation, the Debtor would have to be included and also, the Debtor's consent and approval would be required.

Trustee M. Schmidt changed the original order, but not in the way so as to reflect what the Honorable Judge R. Schmidt had orally ruled at the hearing of September 10, 2002 since Trustee M. Schmidt's hand-written changes on the Order were contrary to the Honorable Judge Richard Schmidt's ruling.

On September 16, 2002, Trustee M. Schmidt with Attorney Frank Costilla counsel who represented Trustee held a mediation at the 5th Circuit Court without including Debtor, and without informing Debtor through fax, email, or telephone, eventhough Trustee M. Schmidt had done so with previous motions, order, or notices, but not on this occasion.

On September 18, 2002, two days after Trustee M. Schmidt held a mediation without including or informing Debtor, Debtor received a copy of Trustee M. Schmidt's changed and incorrect order in the mail.

On September 26, 2002, Debtor filed a "Motion to Object and Revoke 'Order Authorizing

2

Trustee to Mediate and Settle' Because of False Statements which Honorable Judge Did Not Authorize".

On October 3, 2002, Debtor filed a "Motion to Object and Revoke Trustee's Agreed Order Approving Settlement Agreement."

Altering the Order, without Debtor's knowledge, and without notifying Debtor of this change before a mediation/settlement meeting took place, is in violation of Bankruptcy Law, in violation of the Honorable Judge R. Schmidt's ruling in Federal Court on September 10, 2002, and in violation of good faith laws and fair dealings with Debtor by Trustee M. Schmidt and his attorneys.

Federal Bankruptcy Court has failed to revoke 'Order Authorizing Trustee to Mediate and Settle' and has failed to revoke 'Trustee's Agreed Order Approving Settlement Agreement, both of which are unlawful and contrary to the Court's ruling on September 10, 2002 as depicted in the hearing's transcript.

The Federal Bankruptcy Court has also failed to be fair and equitable with Debtor's estate by allowing Trustee to use Bankruptcy Court as a vehicle to try to settle a Judgment of over $400,000 in Debtor's favor, for less than one-third of the amount, and is not in the best interest of Debtor's creditors since Debtor qualifies for legal exemption of Judgment and qualifies for conversion to a Chapter 13 pay plan.

The Federal Bankruptcy Court should not be allowed to be used as a vehicle to interfere with the precedence of Debtor's current First Amendent violation Appeal Case in the 5th Circuit by authorizing Trustee to dismiss Debtor's Appeal which derived from a Judgment in Debtor's favor from Federal District Court prior to Bankruptcy Court.

Juan Pequeno, Pro-se
P.O. Box 5692
Brownsville, Texas 78523
Phone/fax: 956/542-2470

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on, November 21, 2002 to all counsel of record, via U.S. Postal mail and via fax mailing requested to the following:

Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, Texas  78475
361-884-9949
fax:361/884-6000
Chapter 7 Trustee

Hugh Touchy
3505 Boca Chica Blvd.
Brownsville, Texas  78521
956/541-1846
fax:956/541-1893
Appellant Attorney for City

Barbara Jue
Office of U.S. Trustee
606 N. Carancahua
Ste. 1107
Corpus Christi, Texas  78476
361/888-3261
Fax: 361/888-3263


Juan Pequeno, Pro se
P.O. Box 5692
Brownsville, Texas 78523
Phone/Fax: 956/542-2470



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION

IN RE:                                   §
JUAN PEQUENO,                            §          CASE NO.  01-24255-B-7
            Debtor                       §

## ORDER DENYING DEBTOR'S MOTION TO OBJECT
## AND TO REVOKE TRUSTEE'S AGREED ORDER
## APPROVING SETTLEMENT AGREEMENT

Debtor's Motion to Object to and to Revoke Trustee's Agreed Order Approving Settlement Agreement ("Debtor's Motion") is **DENIED.**

This Court by Order Dated September 25, 2002 approved the Trustee's Settlement Agreement with the City of Brownsville, which provides for payment to the Trustee of $140,000.00.  Debtor's Motion seeks revocation and reconsideration of this Order approving the Settlement Agreement. The Court has heard the Debtor on Debtor's Motion and the Court again finds that the Trustee's Settlement Agreement is fair and equitable; and in the best interest of the estate and approves same. The Trustee is authorized and directed to dismiss Debtor's pro se appeal to the 5th Circuit of Judge Tagle's Order entered August 15, 2002 denying Debtor's pro se Motion to Amend the Final Judgment entered by Judge Tagle.

It is so **ORDERED.**

SIGNED: _____**NOV 1 2 2002**_____, 2002.

HON. RICHARD SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                              Deputy Clerk

H9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC - 2 2002

Michael N. Milby, Clerk of Court

IN RE:                          )   Case No. 01-24255-B-7
                                )
Juan Pequeno, Debtor            )
                                )   APPELLANT'S DESIGNATION OF
                                )   EXHIBITS AND TRANSCRIPTS FOR
                                )   APPEAL DOCKET #128 REGARDING DKT#119
                                )   ORDER DENYING #90 MOTION TO VACATE
                                )   TRUSTEE'S AGREED ORDER APPROVING
                                )   SETTLEMENT AGREEMENT

APPELLANT'S  SUMMARY LIST

I.    Exhibit List A-Z and AA-AJ (All Admitted) filed by Juan Pequeno (Dkt# 117) on 11/7/2002

    A.  Debtor's Motion to Object and Revoke 'Order Authorizing Trustee to Mediate
       and Settle" Because of False Statements which Honorable Judge Did not Authorize

    B.  Debtor's Motion to Object and to Revoke Trustee's 'Agreed Order Approving
       Settlement Agreement

    C.  Debtor's Motion to Object to Trustee's Objection to Exemptions

    D.  Federal Exemptions Law Title 11 Section 522 (d) (11) (E) stating Bankruptcy
       Law for rightful exemption of 'loss earnings' to the extent of support of Debtor
       and dependents

    E.  Brownsville Herald newspaper article stating comment from Debtor's Attorney
       Frank Costilla that Debtor had a strong 1st Amendment 'public concern' Judgment
       verdict

    F.  Jury Instructions issued to Jurors prior to Jury Verdict of 2/15/2002 which
       states that Debtor's complaint was a 'public concern' as ruled by Hon. Judge
       Tagle and that the compensation was for the 'loss earnings' that the Defendants,
       the City had inflicted on Plaintiff for wrongful termination in violation of Title 42
       & 1983, 'free speech' Law.

    G.  Chapter 13 Plan filed on September 3, 2002

    H.  Chapter 13 Conversion Schedules (all schedules)

    I.  Debtor's schedules filed on 6/13/2002

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                    Deputy Clerk

1



J.  Dr. Mc Coin's report on Debtor's Loss Earnings for Job and career Loss

K.  Plaintiff's Motion to Amend the Judgment after talking with his attorney and other Attorneys (since the City was not re-instating Plaintiff and Appealing case to the 5th Circuit)

L.  Debtor's Memorandum of Employment from University of Texas at Brownsville

M.  Debtor's Notice of Appeal – Cross Appeal of damages awarded, filed on 9/13/2002

N.  Jury Verdict of a 'lump sum' of damages signed on 2/15/2002

O.  Final Judgment signed on 3/26/2002 by Honorable Judge Hilda Tagle

P.  Notice of Dismissal of Debtor's Attorney Frank Costilla

Q.  Trustee Michael Schmidt's letter of 6/14/02 regarding Creditor's meeting

R.  Amendment to Debtor's Schedules B, C, & Summary of Schedules and Creditor's Address filed on August 29, 2002

S.  Debtor's Motion to Deny the Hiring of Attorney Frank Costilla

T.  Debtor's Motion to Convert to Chapter 13

U.  Debtor's Motion to Revoke Sale of Debtor's Home which was in violation of the Honorable Judge Richard Schmidt's Oral Stay Issued on June 5, 2002, and which was in violation of the Texas Homestead Law

V.  Foreclosure and Notice of Trustee Sale of Debtor's home on 1/1/02 which prompted Debtor to file Chapter 7 Bankruptcy

W.  Order Employing Special Counsel  (Hiring of Attorney Frank Costilla)

W.  Trustee's Objection to Motion to Convert to Chapter 13 and Request for Hearing (which states false information by Trustee M. Schmidt and further shows Trustee's bad faith)

Y.  Trustee's Objection to Exemptions

Z.  Trustee's Motion for Expedited Hearing

AA.  Trustee's Emergency Motion for Authority to Mediate and Settle

AB.  Trustee's Response to Debtor's Motion to Object and Revoke 'Order Authorizing Trustee to Mediate and Settle' Because of False Statements which Honorable Judge Richard Schmidt Did Not Authorize  (which states false

information by Trustee M. Schmidt and further shows Trustee's bad faith)

AC.  Trustee's Joint Motion for Approval of Compromise and to Approve
     Settlement Agreement with Notice of Hearing  (which states false
     information by Trustee M. Schmidt and further shows Trustee's bad faith)

AD.  Agreed Order Approving Settlement Agreement  (which states false
     information by Trustee M. Schmidt and further shows Trustee's bad faith)

AE.  Debtor's Post-Trial Brief from Hearing of October 9, 2002

AF.  Debtor's Supplemental Post-Trial Brief from Hearing of October 9, 2002.

AG.  Trustee's Post-Trial Brief from Hearing of October 9, 2002

AH.  Trustee's Response and Objection Debtor's Post-Trial Brief from
     Hearing of October 9, 2002

AI.  Order of Bankruptcy transcript of hearing of June 5, 2002
     (Court will reconsider the Lifting of Stay. Hearing re-scheduled for 8/7/02)

AJ.  Order of Bankruptcy transcript of hearing of September 10, 2002

II.  Transcripts:

A.  Transcript RE: hearing held on 9/10/02 before the Honorable Judge Schmidt
    (Dkt# 130) on 11/21/2002

B.  Transcript RE: hearing held on 11/7/02 before the Honorable Judge Schmidt

C.  Transcript RE: hearing held on 11/6/02 before the Honorable Judge Schmidt

D.  Transcript RE: hearing held on 6/5/02 before the Honorable Judge Schmidt
    (which was ordered by the Honorable Judge Schmidt on 11/7/2002)

E.  Transcript RE: hearing held on 8/7/02 before the Honorable Judge Schmidt
    (Dkt# 106) on 10/21/2002

E.  Transcript RE: hearing held on 10/9/02 before the Honorable Judge Schmidt

III. Debtor's Exhibits for Hearing on November 7, 2002 (All Admitted)

A.  Foreclosure and Notice of Trustee Sale of Debtor's home on 1/1/02 which
    prompted Debtor to file Chapter 7 Bankruptcy

B.  Motion by Creditor for Relief from Stay filed on 3/14/02

C.  Unopposed Order for Relief  signed on 4/10/02

3

D.    Debtor's Motion to Reconsider Lifting of Stay filed on 4/23/02

E.     Response to Debtor's Motion to Reconsider Lifting of Stay filed on 5/8/02

F.    Chapter 13 Plan filed on September 3, 2002

G.    Debtor's Memorandum of Employment from University of Texas at Brownsville

H.    Debtor's Motion to Convert to Chapter 13

I.    Debtor's Motion to Revoke Sale of Debtor's Home which was in violation of the
       Honorable Judge Richard Schmidt's Oral Stay Issued on June 5, 2002, and
       which was in violation of the Texas Homestead Law filed on 10/2/02

J.    Trustee's Objection to Motion to Convert to Chapter 13 and Request for Hearing
       (which states false information by Trustee M. Schmidt and further shows
        Trustee's bad faith)

K.    Debtor's Supplemental Post-Trial Brief from Hearing of October 9, 2002

L.    Response by Creditor to Debtor's Motion to Revoke Sale of Debtor's Home
       filed on 10/22/02

M.    Copy of Deed of Trust for Debtor's property

N.    Brownsville Independent School District Homestead Exemption for Debtor's property

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on November 30, 2002 to all counsel of record, via U.S. Postal mail and/or via fax mail to the following:

Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, Texas  78475
361-884-9949
fax:361/884-6000
Chapter 7 Trustee

Hugh Touchy
3505 Boca Chica Blvd.
Brownsville, Texas  78521
956/541-1846
fax:956/541-1893
Appellant Attorney for City

Barbara Jue
Office of U.S. Trustee
606 N. Carancahua
Ste. 1107
Corpus Christi, Texas  78476
361/888-3261
Fax: 361/888-3263

:

Juan Pequeno, Pro se
P.O. Box 5692
Brownsville, Texas 78523

02-18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

JAN 0 2 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | ) | Case No. 01-24255-B-7 |
| | ) | |
| Juan Pequeno, Debtor | ) | |
| | ) | APPELLANT'S LIST OF EXHIBITS |
| | ) | AND TRANSCRIPTS FOR |
| | ) | APPEAL DOCKET #128 REGARDING DKT#119 |
| | ) | ORDER DENYING #90 MOTION TO VACATE |
| | ) | TRUSTEE'S AGREED ORDER APPROVING |
| | ) | SETTLEMENT AGREEMENT |

APPELLANT'S LIST OF EXHIBITS TO BE INCLUDED FOR ~~APPEAL~~

I.    Exhibit List A-Z and AA-AJ (All Admitted) filed by Juan Pequeno (Dkt# 117) on 11/7/2002

    A.    Debtor's Motion to Object and Revoke 'Order Authorizing Trustee to Mediate
        and Settle" Because of False Statements which Honorable Judge Did not Authorize

    B.    Debtor's Motion to Object and to Revoke Trustee's 'Agreed Order Approving
        Settlement Agreement

    C.    Debtor's Motion to Object to Trustee's Objection to Exemptions

    D.    Federal Exemptions Law Title 11 Section 522 (d) (11) (E) stating Bankruptcy
        Law for rightful exemption of 'loss earnings' to the extent of support of Debtor
        and dependents

    E.    Brownsville Herald newspaper article stating comment from Debtor's Attorney
        Frank Costilla that Debtor had a strong 1st Amendment 'public concern' Judgment
        verdict

    F.    Jury Instructions issued to Jurors prior to Jury Verdict of 2/15/2002 which
        states that Debtor's complaint was a 'public concern' as ruled by Hon. Judge
        Tagle and that the compensation was for the 'loss earnings' that the Defendants,
        the City had inflicted on Plaintiff for wrongful termination in violation of Title 42
        & 1983, 'free speech' Law.

    G.    Chapter 13 Plan filed on September 3, 2002

    H.    Chapter 13 Conversion Schedules (all schedules)

    I.    Debtor's schedules filed on 6/13/2002

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By
Deputy Clerk

I

152

J.    Dr. Mc Coin's report on Debtor's Loss Earnings for Job and career Loss

K.    Plaintiff's Motion to Amend the Judgment after talking with his attorney and other Attorneys (since the City was not re-instating Plaintiff and Appealing case to the 5th Circuit)

L.    Debtor's Memorandum of Employment from University of Texas at Brownsville

M.    Debtor's Notice of Appeal – Cross Appeal of damages awarded, filed on 9/13/2002

N.    Jury Verdict of a 'lump sum' of damages signed on 2/15/2002

O.    Final Judgment signed on 3/26/2002 by Honorable Judge Hilda Tagle

P.    Notice of Dismissal of Debtor's Attorney Frank Costilla

Q.    Trustee Michael Schmidt's letter of 6/14/02 regarding Creditor's meeting

R.    Amendment to Debtor's Schedules B, C, & Summary of Schedules and Creditor's Address filed on August 29, 2002

S.    Debtor's Motion to Deny the Hiring of Attorney Frank Costilla

T.    Debtor's Motion to Convert to Chapter 13

U.    Debtor's Motion to Revoke Sale of Debtor's Home which was in violation of the Honorable Judge Richard Schmidt's Oral Stay Issued on June 5, 2002, and which was in violation of the Texas Homestead Law

V.    Foreclosure and Notice of Trustee Sale of Debtor's home on 1/1/02 which prompted Debtor to file Chapter 7 Bankruptcy

W.    Order Employing Special Counsel (Hiring of Attorney Frank Costilla)

X.    Trustee's Objection to Motion to Convert to Chapter 13 and Request for Hearing (which states false information by Trustee M. Schmidt and further shows Trustee's bad faith)

Y.    Trustee's Objection to Exemptions

Z.    Trustee's Motion for Expedited Hearing

AA.    Trustee's Emergency Motion for Authority to Mediate and Settle

AB.    Trustee's Response to Debtor's Motion to Object and Revoke 'Order Authorizing Trustee to Mediate and Settle' Because of False Statements which Honorable Judge Richard Schmidt Did Not Authorize (which states false information by Trustee M. Schmidt and further shows Trustee's bad faith)

AC.     Trustee's Joint Motion for Approval of Compromise and to Approve
        Settlement Agreement with Notice of Hearing  (which states false
        information by Trustee M. Schmidt and further shows Trustee's bad faith)

AD.     Agreed Order Approving Settlement Agreement  (which states false
        information by Trustee M. Schmidt and further shows Trustee's bad faith)

AE.     Debtor's Post-Trial Brief from Hearing of October 9, 2002

AF.     Debtor's Supplemental Post-Trial Brief from Hearing of October 9, 2002.

AG.     Trustee's Post-Trial Brief from Hearing of October 9, 2002

AH.     Trustee's Response and Objection Debtor's Post-Trial Brief from
        Hearing of October 9, 2002

AI.     Order of Bankruptcy transcript of hearing of June 5, 2002
        (Court will reconsider the Lifting of Stay. Hearing re-scheduled for 8/7/02)

AJ.     Order of Bankruptcy transcript of hearing of September 10, 2002

II.    Transcripts:

   A.   Transcript RE: hearing held on 9/10/02 before the Honorable Judge Schmidt
        (Dkt# 130) on 11/21/2002

   B.   Transcript RE: hearing held on 11/7/02 before the Honorable Judge Schmidt

   C.   Transcript RE: hearing held on 11/6/02 before the Honorable Judge Schmidt

   D.   Transcript RE: hearing held on 6/5/02 before the Honorable Judge Schmidt
        (which was ordered by the Honorable Judge Schmidt on 11/7/2002)

   E.   Transcript RE: hearing held on 8/7/02 before the Honorable Judge Schmidt
        (Dkt# 106) on 10/21/2002

   F.   Transcript RE: hearing held on 10/9/02 before the Honorable Judge Schmidt

III.   Debtor's Exhibits for Hearing on November 7, 2002 (All Admitted)

   A.   Foreclosure and Notice of Trustee Sale of Debtor's home on 1/1/02 which
        prompted Debtor to file Chapter 7 Bankruptcy

   B.   Motion by Creditor for Relief from Stay filed on 3/14/02

3

C.    Unopposed Order for Relief signed on 4/10/02

D.    Debtor's Motion to Reconsider Lifting of Stay filed on 4/23/02

E.    Response to Debtor's Motion to Reconsider Lifting of Stay filed on 5/8/02

F.    Chapter 13 Plan filed on September 3, 2002

G.    Debtor's Memorandum of Employment from University of Texas at Brownsville

H.    Debtor's Motion to Convert to Chapter 13

I.    Debtor's Motion to Revoke Sale of Debtor's Home which was in violation of the
      Honorable Judge Richard Schmidt's Oral Stay Issued on June 5, 2002, and
      which was in violation of the Texas Homestead Law filed on 10/2/02

J.    Trustee's Objection to Motion to Convert to Chapter 13 and Request for Hearing
      (which states false information by Trustee M. Schmidt and further shows
      Trustee's bad faith)

K.    Debtor's Supplemental Post-Trial Brief from Hearing of October 9, 2002

L.    Response by Creditor to Debtor's Motion to Revoke Sale of Debtor's Home
      filed on 10/22/02

M.    Copy of Deed of Trust for Debtor's property

N.    Brownsville Independent School District Homestead Exemption for Debtor's property

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JUAN PEQUENO, | § | CASE NO.  01-24255-B-7 |
| Debtor | § | APPEAL # 02-18 |

## TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

COMES NOW, Michael B. Schmidt, "Trustee" and appellee and designates the following additional items to be included in the record on appeal of **ORDER DENYING MOTION TO VACATE TRUSTEE'S AGREED ORDER APPROVING SETTLEMENT AGREEMENT (DOCKET #119):**

1.    Exhibit List and Exhibits (Docket #95) filed (and admitted) by Michael B. Schmidt;

2.    Debtor's Voluntary Petition (Docket #1);

3.    Notice of Appointment of Trustee (Docket #4);

4.    Objection to Motion to Voluntarily Dismiss (Docket #9)

5.    Motion to Compel Debtor to file his Schedules and Statement of financial Affairs (Docket #28);

6.    Order Granting application to Employ Frank Costilla and Michael B. Schmidt as Special Counsel (Docket #32);

7.    Schedules A-J and Summary filed by Juan Pequeno (Docket #39);

8.    Order Granting Motion to Compel (Docket #42);

9.    Objection to Motion to Convert Case to Chapter 13 (Docket #51);

10.    Response to Motion to Deny Hiring of Attorney Frank Costilla (Docket #52);

11.    Amended Schedules and Summary (Docket #59);

12.    Schedules A-J and Summary, Statement of Financial Affairs, Statement of Intent (Docket #58);

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By
Deputy Clerk

146

13.  Objection to Debtor's Claim of Exemptions (Docket #63);

14.  Order Granting Emergency Motion to Authorize Trustee to Mediate and Settle (Docket #68);

15.  Joint Motion for Approval of Compromise and to Approve Settlement Agreement (Docket #74);

16.  Agreed Order Approving Settlement Agreement (Docket #75);

17.  Docket Sheet (and enclosed Courtroom minutes);

18.  Brief by Trustee (Docket #96); and

19.  Court's letter to Debtor regarding Exhibits (Docket #98).

Respectfully submitted,
LAW OFFICE OF MICHAEL B. SCHMIDT

BY:    /S/_____ JOHN VARDEMAN _____
Michael B. Schmidt
John Vardeman
712 American Bank Plaza
Corpus Christi, Texas 78475
E-mail: m_schmid@swbell.net
            j_vardem@swbell.net
Office: 361/884-9949
Fax:    361/884-6000
TBN: 17775200
TBN: 20496260
ATTORNEY FOR TRUSTEE/APPELLEE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this __10TH__ day of December, 2002 by regular U.S. mail, to the following named persons and the persons listed below:

Juan Pequeno                    E-Mail: Pequenj@aol.com
P. O. Box 5692                  FAX:   (956) 542-2470
Brownsville, TX  78523


Barbara C. Jue
Office of U. S. Trustee

606 N. Carancahua, Ste. 1107
Corpus Christi, TX   78476

U. S. Trustee
515 Rusk, Ste. 3516
Houston, TX   77002


/S/_____JOHN VARDEMAN_____
John Vardeman