

United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison Street, #101
Brownsville, Texas 78521
January 29, 2003

United States District Court
Southern District of Texas
FILED

JAN 2 9 2003

Michael N. Milby
Clerk of Court

Michael N. Milby
Clerk

To All Counsel of Record

Notice of Assignment Of Bankruptcy Appeal

Civil Action No. __B-03-029__

Bankruptcy No. __01-24255-B-7__

__JUAN PEQUENO   DEBTOR__ vs __MICHAEL B SCHMIDT   TRUSTEE__

The above entitle appeal was filed in this office on __1/29/003__

and has been assigned to the docket of Judge __ANDREW HANEN__.

All future filings regarding the <u>above referenced matter</u>, should be filed with the U.S. District Clerk's Office in Brownsville, Texas and **NOT** in the Bankruptcy Clerk's Office in Corpus Christi, Texas.

All inquiries concerning motion practice and settings should be directed to the case manager for the judge assigned.

| JUDGE | CASE MANAGER | TELEPHONE |
|---|---|---|
| ANDREW HANEN | IRMA SOTO | 956 548-2629 |

**BRIEFS FOR THE PARTIES ARE DUE AS PER BANKRUPTCY RULE 8009.**

ON FEBRUARY 13, 2003.
Very truly yours,
Michael N. Milby, Clerk

By _[signature]_
Deputy Clerk