United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO<br>APPELLANT | § | CIVIL ACTION NO: B-03-029 |
| V. | | |
| MICHAEL B. SCHMIDT, TRUSTEE<br>APPELLEE | | |

### APPELLEE'S LIST OF INTERESTED PARTIES

Appellee Michael B. Schmidt ("Trustee") lists the following parties to be financially interested in the Appeal:

1. Michael B. Schmidt, Chapter 7 Bankruptcy Trustee

    Attorney:    Law Offices of Michael B. Schmidt
                 712 American Bank Plaza
                 Corpus Christi, Texas 78475
                 Office: 361/884-9949
                 Fax:   361/884-6000
                 E-Mail: m_schmid@swbell.net
                         mbsatty@swbell.net (court use only)
                 TBN: 17775200 FBN: 10260

2. City of Brownsville, Ivan Welker in his Official Capacity as Former Assistant Manager and Carlos Rubenstein in his Official Capacity as Former City Manager

    Attorney:    Hugh P. Touchy
                 Willette & Guerra
                 International Plaza, Ste. 460
                 3505 Boca Chica Blvd.
                 Brownsville, TX 78521
                 Office: 956/541-1846
                 Fax:   956/541-1893
                 TBN: 20150800 FBN: 12401

2.  Juan Pequeno

   Pro Se:   Juan Pequeno
             P. O. Box 5692
             Brownsville, TX 78523
             E-Mail: Pequenj@aol.com
             Fax: 956/542-2470

                                    Respectfully submitted:

                                    LAW OFFICES OF MICHAEL B. SCHMIDT

                                    By: _____
                                    Michael B. Schmidt
                                    712 American Bank Plaza
                                    Corpus Christi, Texas 78475
                                    Office: 361/884-9949
                                    Fax:   361/884-6000
                                    TBN: 17775200 FBN: 10260
                                    ATTORNEY FOR TRUSTEE, APPELLEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Appellee's List of Interested Parties was mailed by first class mail, postage prepaid on this 6th day of February, 2003 to those listed below:

_____
Michael B. Schmidt

Hugh P. Touchy
Willette & Guerra
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, TX 78521

Juan Pequeno
P. O. Box 5692
Brownsville, TX 78523

2