

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
  Southern District of Texas
           FILED

       FEB 1 3 2003

      Michael N. Milby
       Clerk of Court
```

| | | |
|---|---|---|
| JUAN PEQUENO, | § § | |
| Appellants | § § | CIVIL ACTION NO. B-03-029 |
| | § § | |
| v. | § § | |
| Michael B. Schmidt, Trustee<br>Appellee | § § § | |

# MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 6(b), Juan Pegueño, Appellant, respectfully requests that this court enlarge the period for filing his brief in this appeal. Appellant has been diligently searching for an attorney to represent him before this court. He has consulted with attorney Richard D. Schell of THE FLEURIET SCHELL LAW FIRM LLP in Harlingen, Texas. However, as of this date, Mr. Schell has not had sufficient time to evaluate this matter and decide on whether he can represent Appellant. Accordingly, additional time is needed for Appellant to secure the services of Mr. Schell or some other attorney to handle this appeal. Appellant seeks additional time, not solely for the purpose of delay, but so that he can obtain legal representation and not be forced to continue pro se. Justice and judicial economy will be served by allowing additional time for filing of briefs in this matter.

Appellant has determined that opposing counsel is opposed to this motion.

MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF – Page 1

Based on the foregoing, Appellant would pray that this Court grant this motion and allow an additional thirty days to file appellant's brief.

DATED: *February 13*, 2003.

By: _____
Juan Pequeño, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via fax upon the following:

Michael B. Schmidt, Trustee
711 N CARANCAHUA ST STE 712
CORPUS CHRISTI TX 78475-1401

on this 13th day of February, 2003.

_____
Juan Pequeño

MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF – Page 2