IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Appellant | § | CIVIL ACTION NO. B-03-029 |
| | § | |
| V. | § | |
| | § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

### RESPONSE IN OBJECTION TO MOTION TO ENLARGE TIME TO FILE APPELLANT'S BRIEF

**COMES NOW**, Michael B. Schmidt ("Appellee" or "Trustee") and files this his Response in Objection to Motion to Enlarge Time to file Appellant's Brief and would say as follows:

1. <u>Whether Appellant has "diligently" searched for an attorney to represent him.</u>

   Trustee denies that Appellant has diligently searched for an attorney to represent him.

   Appellant filed his Chapter 7 case "pro se". He proceeded without an attorney for almost a year. <u>However</u>, all during the Chapter 7 case, Appellant as a Debtor with duties and obligations to the Court and Trustee, created unnecessary delay by claiming he was trying to hire an attorney. He never did hire an attorney. Appellant filed numerous pleadings pro se in the bankruptcy case.

   On November 22, 2002, Appellant appealed <u>4</u> Orders (the "Orders") of the Bankruptcy Court. He did so – pro se.

   Appellant initiated this appeal. He has had since November 12, 2002 (the date the Orders were entered) to hire an attorney and prepare for <u>his</u> appeal.

   Instead, Appellant now files a Motion to Enlarge Time- on the day his brief is due- claiming he has "diligently" been searching for an attorney.

   Appellant expects this Court to treat him in some equitable manner after he has had unclean hands in the bankruptcy case and after he has <u>failed to be diligent</u> in hiring an attorney (or filing a brief)

Appellant has not acted diligently in the bankruptcy case, nor has he done so in this appeal.

2. <u>Consultation with attorney Richard D. Schell.</u>

Appellee believes that Appellant has consulted with Mr. Schell.

However, Appellee first received contact from Mr. Schell in a voice message on February 12, 2003 (the day before the Appellant's brief was due). Appellee was only able to confer with Mr. Schell on February 13, 2003. (the day the brief was due) – Mr. Schell did say that he had conferred with Appellant.

However, Mr. Schell did <u>not</u> say that he was representing Appellant. And Mr. Schell did <u>not</u> request an extension to fill the Appellants brief.

All of these facts further confirm that Appellant has not acted diligently in <u>his</u> appeal and is not being candid with this Court.

3. <u>Whether Mr. Schell has had sufficient time to evaluate this matter.</u>

Because Mr. Schell (1) did not state that he was representing Appellant (2) did not request an extension from the Appellee and (3) did not file the Motion to Enlarge Time – it is apparent that Mr. Schell is not going to represent Apellant.

Mr. Schell has not even filed an affidavit with this Court that he is considering representation and needs more time.

It is clear that Mr. Schell will not represent Appellant and therefore, he does not need more time to evaluate the case.

4. <u>Whether Appellant needs more time to secure the services of another attorney.</u>

Appellant's briefing time is up. He doesn't have an attorney, nor has he ever had an attorney in the Bankruptcy Case. He has previously used the excuse that he is hiring an attorney in order to delay proceedings. That is what is happening again- on this appeal. Appellant is unjustly seeking an extension because he cannot prosecute his own appeal – even after having 3 months to get things in order.

This is the same type of hindrance and delay caused by Appellant in the Bankruptcy Case. It wasn't fair then – and it's not fair now.

Appellant's request for enlargement of time should be **DENIED**.

**Wherefore**, Appellee/ Trustee prays that the Motion to Enlarge Time to File Appellants Brief be **DENIED**. Appellee prays for general relief.

Respectfully Submitted,
Law Offices of Michael B. Schmidt

*/s/ John Vardeman*

Michael B. Schmidt
John Vardeman
712 American Bank Plaza
Corpus Christi, TX 78475
E-mail: m_schmid@swbell.net
         j_vardem@swbell.net
Office: 361/884-9949
Fax:    361/884-6000
TBN: 17775200
TBN: 20496260
Attorney for Michael B. Schmidt,
Trustee

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above of the above and foregoing legal document was mailed on this /8 day of February, 2003 by regular U.S Mail (and per the other methods listed), to the persons on the attached list.

**Juan Pequeno**
PO Box 5692
Brownsville, TX 78523
Fax No: (956) 542-2470
E-mail:Pequenj@aol.com

*/s/ John Vardeman*

John Vardeman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § § | |
| Appellant | § § | CIVIL ACTION NO. B-03-029 |
| VI. | § § | |
| Michael B. Schmidt, Trustee<br>Appellee | § § § | |

## ORDER DENYING MOTION TO ENLARGE TIME

The Motion to Enlarge Time to file Appellants' Brief is **DENIED**.

It is so **ORDERED**.

Signed this _____ day of _____ 2003.

_____
Hon. Andrew S. Hanen
United States District Judge