IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| Appellants | § | CIVIL ACTION NO. B-03-029 |
| v. | § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

## ORDER ENLARGING TIME TO FILE APPELLANT'S BRIEF

The court this day considered the Motion to Enlarge Time to File Appellant's Brief filed by Juan Pegueño in this cause. It appearing that good cause has been shown, it is

ORDERED that the deadline for Appellant to file his brief in this cause shall be, and the same hereby is, extended until March 14, 2003.

DONE this 6th day of March, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE