IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO<br>Appellant | § | |
| VS. | § | CA-B-03-029 |
| MICHAEL B. SCHMIDT, TRUSTEE<br>Appellee | § | |

### MOTION TO DISMISS APPEAL

TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

COMES NOW, Michael B. Schmidt, Trustee ("Appellee") by and through his attorney, and moves this Court, to dismiss the matters noticed for appeal to this Court and docketed as CA B-03-029 and for cause therefore would show the Court as Follows:

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 USC § 158 and Rule 8011 FRBP.

### FACTS

2. On November 22, 2002 Appellant, filed *pro se*, a notice of appeal from four (4) Orders entered against him by the Bankruptcy Court, which appeals were consolidated and docketed in this Court as the above styled and numbered civil action. Appellant was given notice that his brief was due February 13, 2003.

3. On February 13, 2003, Appellant filed *pro se* a Motion to enlarge time to file his brief and this Court granted such motion enlarging the time for Appellant to file his brief to March 14, 2003.

4. March, 14, 2003 has now passed. Appellant has failed to file his brief by this extended deadline.

## LAW

5. Rule 8009 (a) (1) of the Federal Rules of Bankruptcy Procedure ("FRBP") requires an appellant in a bankruptcy appeal to file a brief with the district court within 15 days after entry of the appeal on the docket in the district court, unless the district court specifies a different time limit. Rule 8001 (a) FRBP allows a district court to dismiss an appeal if the appellant fails to take any step required under the rules for proper prosecution of an appeal. The Fifth Circuit has affirmed dismissals of bankruptcy appeals when the appellant failed to file a brief with the required time period. See *International Brotherhood v. Braniff Airways*, 774 F2d. 1303 (5th Cir. 1985) and *In re Salter,* 251 B.R. 689 (USDist, So. Dist. Miss., 2000) *aff'd* 5th Cir. 234 F.3d. 28 (5th Cir. 2000)

## CONCLUSION

6. The Appellant has failed to diligently prosecute this Appeal. Even though his time to file was enlarged, so that he had forty two (42) days from January 29, 2003 through March 14, 2003, to file his brief, he has not done so. Appellant has consistently delayed prosecution of this Bankruptcy Case by failing to appear or to file documents within the time periods required and this delay is prejudicial to his creditors.

WHERFORE, PREMISES CONSIDERED, the Trustee prays that this Court dismiss this Appeal for failure to prosecute and for such other relief for which he may show himself entitled.

Respectfully Submitted,
LAW OFFICE OF MICHAEL B. SCHMIDT

By:_____
Michael B. Schmidt
John Vardeman

712 American Bank Plaza
Corpus Christi, Texas 78475
Office: 361/884-9949
Fax:    361/884-6000
TBN: 17775200       FBN: 10260
TBN: 20496260       FBN: 13871
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF MAILING

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this __19__ day of March, 2003 by regular U.S. mail, to the persons listed:

Juan Pequeno
P.O. Box 5692
Brownsville, TX 78523

_____
Michael B. Schmidt

## AFFIDAVIT OF CONFERENCE

I have attempted to confer about this motion with Appellant, but have no phone number for him. Therefore this motion must be treated as OPPOSED.

_____
Michael B. Schmidt

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO<br>　　Appellant | § | |
| VS. | § | CA-B-03-029 |
| MICHAEL B. SCHMIDT, TRUSTEE<br>　　Appellee | § | |

### ORDER DISMISSING APPEAL

Came on to be heard the Motion by Michael B. Schmidt, Trustee to Dismiss Appeal, and the Court having heard the evidence and argument of counsel is of the opinion that such Motion should be GRANTED. Therefore,

IT IS ORDERED that Appeal CA-B-03-029 is hereby DISMISSED.

SIGNED this _____ day of _____, 2003.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　　United States District Judge