10

United States District Court
Southern District of Texas
FILED

APR 1 5 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Appellant | § | CIVIL ACTION NO. B-03-029 |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

# REQUEST FOR CLARIFICATION REGARDING APPEALS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeño, Appellant, files this request for clarification and would show as follows:

1.     Mr. Pequeño filed four separate notices of appeal relating to four separate orders entered by the Hon. Richard Schmidt.  The appeals were  assigned numbers by the clerk of the bankruptcy court as follows:

a.     Appeal #02-16:   appeal of Order Denying Debtor's Motion to Convert to Chapter 13 (Docket #121);

b.     Appeal #02-17:   appeal of Order Denying Debtor's Motion to Vacate Order Authorizing Trustee to Mediate and Settle (Docket #120);

c.     Appeal #02-18:   appeal of Order Denying Motion to Vacate Trustee's Agreed Order Approving Settlement Agreement (Docket #119); and

REQUEST FOR CLARIFICATION REGARDING APPEALS – Page 1

    d.    Appeal #02-19:   appeal of Order Sustaining Objection to Exemption of Property (Docket #118)

2.    The appeals were transmitted to the clerk of this court and filed on January 29, 2003. At that time a notice was sent to all parties advising that the appeal(s) had been assigned to the Hon. Andrew Hanen. The notice reflected a new cause number, but did not specify if it related to just one of the appeals or all of the appeals.

3.    Although an entry was made on the docket sheet in this cause that refers to all four appeals, an order consolidating the appeals has not been entered.

4.    Appellee, Michael B. Schmidt, has asserted that the appeals have been consolidated. Mr. Pequeño has been told by someone in the clerk's office that there has not been a consolidation.

5.    Appellant respectfully requests the court to provide clarification on (a) whether or not the appeals have been consolidated, (b) whether Appellant's brief should address all four of the orders from which appeals have been taken or whether separate briefs should be filed relating to each order, (c) will the court consider all four appeals at once or sequentially, and (d) which appeal will be considered first.

DATED: ___April 15___ , 2003.

Respectfully submitted,



Richard D. Schell
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*rds@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

**REQUEST FOR CLARIFICATION REGARDING APPEALS – Page 3**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Michael B. Schmidt
John Vardeman
LAW OFFICE OF MICHAEL B. SCHMIDT
712 American Bank Plaza
Corpus Christi, TX 78475
*VIA U.S. Mail*

on this __15th__ day of ___April___, 2003.

_____
Richard D. Schell