

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Appellant | § | CIVIL ACTION NO. B-03-029 |
| | § | |
| v. | § | |
| | § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

# APPELLANT'S RESPONSE TO MOTION TO DISMISS APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeño, Appellant, files this response in opposition to the Motion To Dismiss Appeal and would respectfully show as follows:

1. Mr. Pequeño has every intent and desire to prosecute this appeal. His failure to file Appellant's brief on March 14, 2003 was not intentional or the result of conscious indifference. Despite the allegations made by Appellee, Mr. Pequeño has diligently prosecuted his interests in the underlying bankruptcy case to the best of his abilities. Likewise, in this appeal, Mr. Pequeño has exerted his best efforts to present his position in the best means possible.

2. Mr. Pequeño has been representing himself since December 31, 2001 when he filed a petition for relief under chapter 7 of the Bankruptcy Code. Although he has certainly exerted his best efforts, the complexities of bankruptcy procedure coupled with his lack of training as an attorney have resulted in a convoluted and often confusing record.

APPELLANT'S RESPONSE TO MOTION TO DISMISS APPEAL – Page 1

3.      Recognizing that he could no longer continue to represent himself, Mr. Pequeño has expended a significant amount of time in searching for counsel to represent him on this appeal. He has talked to several attorneys who have declined to get involved. He presented his case to Mr. Schell who also declined to accept the representation. Finally, after multiple discussions, Mr. Schell agreed to represent Mr. Pequeño in this appeal only.[1] It took a considerable amount of time for Mr. Pequeño to obtain funds to hire Mr. Schell and for the two to agree on the scope of representation. All of these efforts by Mr. Pequeño were directed to prosecuting this appeal.

4.      In the meantime, Mr. Schell's available time has been devoted in large part to preparing for trial in a case set for trial on April 21, 2003 in Hidalgo County. That case is *Agua Nueva Feeding Ltd. Co., Ram Cattle Co., and Fernando A. Russek v. Vaquero Cattle Feeders, Inc., Kenneth R. Brown, The Bank of South Texas and James Eakin*; Cause No. C-0945-99-G; 370th Judicial District Court, Hidalgo County, Texas. Plaintiffs in that suit are seeking a judgment against the defendant bank in excess of $20 million. Needless to say, preparation of the defense has required so much time that turning attention to other matters has been quite difficult.

5.      All in all, Mr. Pequeño has worked hard to get this case to this point. He regrets that a second motion to extend the briefing deadline was not filed.

---

[1] Richard D. Schell and his firm are not appearing as counsel for Mr. Pequeño in his bankruptcy case or any of the litigation pending in the Fifth Circuit.

However, he and his counsel are now prepared to move forward with this appeal with all due speed.

ACCORDINGLY, Appellant requests that the Appellee's motion to dismiss be denied.

DATED: _April 14_, 2003.

                                  Respectfully submitted,

**Richard D. Schell**
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*rds@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Michael B. Schmidt
John Vardeman
LAW OFFICE OF MICHAEL B. SCHMIDT
712 American Bank Plaza
Corpus Christi, TX 78475
***VIA U.S. Mail***

on this 14th day of April, 2003.

_____
Richard D. Schell