IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEQUENO, § | |
| § | |
| Appellant § | CIVIL ACTION NO. B-03-029 |
| § | |
| v. § | |
| § | |
| Michael B. Schmidt, Trustee § | |
| Appellee § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the court's Order Setting Conference, the undersigned counsel for Appellant, Juan Pequeño, discloses the following persons who may have a financial interest in this litigation:

1. Juan Pequeño
   P. O. Box 5692
   Brownsville, TX 78523

2. Richard D. Schell
   **THE FLEURIET SCHELL LAW FIRM LLP**
   621 East Tyler
   Harlingen, Texas 78550

3. Michael B. Schmidt
   John Vardeman
   LAW OFFICE OF MICHAEL B. SCHMIDT
   712 American Bank Plaza
   Corpus Christi, TX 78475

4. City of Brownsville
   Ivan Welker
   Carlos Rubinstein
   c/o
   Hugh Touchy
   WILLETTE & GARZA, L.L.P.
   International Plaza, Suite 460

3505 Boca Chica Blvd.
Brownsville, TX 78521

5.	All creditors scheduled by Mr. Pequeño in his Chapter 7 case. See Exhibit "A" attached.

DATED: _____April 15_____, 2003.

                                 Respectfully submitted,

                                 **Richard D. Schell**
                                 Attorney-in-Charge
                                 State Bar No. 17736780
                                 Federal I. D. No. 1221
                                 621 E. Tyler
                                 Harlingen, Texas 78550
                                 (956) 428-3030
                                 (956) 421-4339 (fax)
                                 *rds@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

**CERTIFICATE OF INTERESTED PERSONS - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Michael B. Schmidt
John Vardeman
LAW OFFICE OF MICHAEL B. SCHMIDT
712 American Bank Plaza
Corpus Christi, TX 78475
*VIA U.S. Mail*

on this 15th day of April, 2003.

_____
Richard D. Schell

# EXHIBIT "A"

**ACADEMY COLLECTION SERVICE INC**  
10965 DECATUR ROAD                              (cr)  
PHILADELPHIA, PA 19154-3210

**ADVANTA BANK CORP**  
P. O. BOX 30715                                 (cr)  
SALT LAKE CITY, UT 84130-0715

**AMERICAN EXPRESS CENTURION BANK**  
C/O BECKET & LEE LLP  
P O BOX 3001                                    (cr)  
MALVERN PA 19355-0701

**AMERICAN EXPRESS CENTURION BANK**  
P. O. BOX 7802                                  (cr)  
FT LAUDERDALE, FL 33329-7802

**ASSOCIATES CAPITAL BANK**  
OFFICE DEPOT  
P. O. BOX 7013                                  (cr)  
SIOUX FALLS, SD 57117-7013

**AURORO LOAN SERVICES**  
P. O. BOX 1706                                  (cr)  
SCOTTSBLUF, NE 69363-1706

**Alejandra Tapiero**  
414 Galveston Road #7                           (cr)  
Brownsville TX 78520

**Aurora Loan Services Inc**  
601 5th Ave  
P O Box 1706                                    (cr)  
Scottsbluff, NE 69361

**CAPITAL ONE SERVICES INC**  
P. O. BOX 75617                                 (cr)  
RICHMOND, VA 23285-5617

**CITIBANK**  
P. O. BOX 6001                                  (cr)  
SIOUX FALLS, SD 57188

**CITIBANK USA NA**  
OFFICE DEPOT  
P O BOX 9025                                    (cr)  
DES MOINES IA 50368

**DEPARTMENT OF VETERANS AFFAIRS**  
GUARANTEE LOAN DIVISION  
6900 ALMEDA ROAD                                (cr)  
HOUSTON, TX 77030-4200

**DILLARD NATIONAL BANK**
P. O. BOX 29446                                              (cr)
PHOENIX, AZ 85038-9446

**DISCOVER BANK**
DISCOVER FINANCIAL SERVICES
P O BOX 8003                                                 (cr)
HILLIARD OH 43026

**DISCOVER FINANCIAL SERVICES**
P. O. BOX 30952                                              (cr)
SALT LAKE CITY, UT 84130-0952

**FIRST SELECT CORPORATION**
P. O. BOX 9104                                               (cr)
PLEASANTON, CA 94015-3970

**GC SERVICES LIMITED PARTNERSHIP**
COLLECTION AGENCY DIVISION
6330 GULFTON                                                 (cr)
HOUSTON, TX 77081

**GRANITE NATIONAL BANK NA**
P. O. BOX 64                                                 (cr)
JACKSONVILLE, TX 75766-0064

**GREAT LAKES COLLECTION BUREAU INC**
45 OAK STREET                                                (cr)
BUFFALO, NY 14203-2697

**HOUSEHOLD BANK SB NA**
P. O. BOX 15521                                              (cr)
WILMINGTON, DE 19850-5521

**HUNT & HENRIQUES**
P. O. BOX 5549                                               (cr)
SAN JOSE, CA 95150

**I C SYSTEM INC**
P. O. BOX 64437                                              (cr)
ST PAUL, MN 55164-0437

**MBNA AMERICA BANK NA**
P O BOX 15168 MS 1421                                        (cr)
WILMINGTON DE 19850

**MBNA AMERICA NA**
P. O. BOX 15027                                              (cr)
WILMINGTON, DE 19850-5027

**MONOGRAM CREDIT CARD BANK OF GA**
C/O JC PENNEY
P. O. BOX 628048                                             (cr)
ORLANDO, FL 32862-9048

MONOGRAM CREDIT CARD BANK OF GA  
C/O SAMS CLUB  
P. O. BOX 103064                    (cr)  
ROSWELL, GA 30076  

MONOGRAM CREDIT CARD BANK OF GA  
C/O EXXON CARD SERVICES  
P. O. BOX 9799                      (cr)  
ROSWELL, GA 31294-9554  

NATIONAL CREDIT INC  
3835 NORTH FREEWAY BLVD  
SUITE 100                           (cr)  
SACRAMENTO, CA 95834-1954  

PROVIDIAN  
P. O. BOX 99604                     (cr)  
ARLINGTON, TX 76096-9604  

RETAILERS NATIONAL BANK  
C/O TARGET CREDIT SERVICES  
P. O. BOX 1581                      (cr)  
MINNEAPOLIS, MN 55440-1581  

RETAILERS NATIONAL BANK - TARGET  
695 RANCOCAS ROAD SUITE 101         (cr)  
WESTAMPTON NJ 08060  

SEARS NATIONAL BANK  
P. O. BOX 182532                    (cr)  
COLUMBUS, OH 43218-2532  

SEARS ROEBUCK AND CO  
P O BOX 3671                        (cr)  
DES MOINES IA 50322  

TEXACO CREDIT CARD SERVICES  
P. O. BOX 790001                    (cr)  
HOUSTON, TX 77279-0001  

TOWN NORTH NATIONAL BANK  
P. O. BOX 814810                    (cr)  
DALLAS, TX 75381-5903  

UNITED RECOVERY SYSTEMS INC  
P. O. BOX 630339                    (cr)  
HOUSTON, TX 77263-0339  

VALLEY FCU  
P. O,.B OX 815909                   (cr)  
DALLAS, TX 75381-5909  

VALLEY FEDERAL CREDIT UNION  
P. O. BOX 4700                      (cr)  
BROWNSVILLE, TX 785230-4700