United States District Court
Southern District of Texas
ENTERED
APR 1 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Perez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
|    Appellant | § | |
| | § | |
| V. | § | CIVIL NO. B-03-029 |
| | § | |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
|    Appellee. | § | |

# ORDER

The Appellee's Motion to Dismiss is hereby denied. The Appellant will file his brief on or before May 1, 2003 or the appeal will be dismissed. The brief should cover all matters appealed. No further extension will be granted.

Signed this 16th day of April, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge