# Law Offices of
## MICHAEL B. SCHMIDT

712 American Bank Plaza  
Corpus Christi, Texas 78475

April 22, 2003

MAIL

Ofc (361) 884-9949  
Fax (361) 884-6000

*15*

United States District Court  
Southern District of Texas  
RECEIVED  
APR 2 4 2003  
Michael N. Milby, Clerk

U.S. District Clerk  
Office of the Clerk  
600 E. Harrison Street, #101  
Brownsville, TX 78521

Re:   CA No. B-03-029; Juan Pequeno

Dear Clerk:

Effective MAY 1, 2003, we will be moving. Our new address will be:

United States District Court  
Southern District of Texas  
FILED  
APR 2 4 2003  
Michael N. Milby  
Clerk of Court

**Law Offices of Michael B. Schmidt**  
**555 N. Carancahua, Ste. 1550**  
**Corpus Christi, TX 78478**  
**361/884-9949 office**  
**361/884-6000 fax**

Please change our mailing address in the above referenced case.

Sincerely,

Michael B. Schmidt