IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PEQUENO, <br> Appellant | § § § | |
| V. | § | CIVIL NO. B-03-029 |
| MICHAEL B. SCHMIDT, TRUSTEE <br> Appellee. | § § § | |

## ORDER

The Appellee's Motion to Dismiss is hereby denied. The Order dated April 16, 2003 was inadvertedly not sent to the Appellant's attorney Richard Schell. Therefore, the Appellant has until May 15, 2003 to file his brief or the appeal will be dismissed. The brief should cover all matters appealed. No further extension will be granted.

Signed this 2nd day of May, 2003.

Honorable Andrew S. Hanen
United States District Judge