United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:
JUAN PEQUENO                        §         CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### TRUSTEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF

Michael B. Schmidt, Trustee ("Schmidt") hereby files his Unopposed Motion to Extend Time to File Response Brief and would respectfully respond as follows:

1. Schmidt recently moved his Trustee and Law offices. Further, Schmidt is required to prepare a responsive brief to a brief filed by Appellant Colin Kaufman by June 16, 2003 in *In Re Charles B. Feldman d/b/a Charles Feldman Investments* pending before U.S. District Judge Tagle and a response brief in a companion motion appealed by Mr. Kaufman to the 5th Circuit. Further, Schmidt is celebrating his 30th wedding anniversary and has scheduled vacation. These events coupled with Schmidt's regular practice necessitate this request for an extension of the time for the Trustee to file his responsive brief in this Case. Schmidt has conferred with Mr. Schell who has advised that he is unopposed to this request.

2. Wherefore Michael B. Schmidt, Trustee prays that this Court grant the Trustee until June 30, 2003 in which to file his brief in response to Appellant's Original Brief on Appeal, and such other and further relief to which he may be entitled.

Respectfully submitted,
Law Offices of Michael B. Schmidt

_____
Michael B. Schmidt
SBN 17775200  FBN 10260
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361.884.9949
361.884.6000 Fax
Attorney for Michael B. Schmidt, Trustee

### Certificate of Conference

I certifiy that I emailed Mr. Richard Schell on May 20, 2003 concerning this Motion and he is unopposed to an extension.

_____
Michael B. Schmidt

### Certificate of Service

I certify that the foregoing document was served by US mail, first class, postage prepaid on May 21, 2003 to Richard D. Schell, The Fleuriet Schell Law Firm LLP, 621 E. Tyler, Harlingen, TX 78550.

_____
Michael B. Schmidt

2