United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:
JUAN PEQUENO        §        CIVIL ACTION NO. B-03-029
   Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
   Appellee

### TRUSTEE'S UNOPPOSED MOTION TO CONTINUE THE PRETRIAL DATE OF MAY 30, 2003

Now come Michael B. Schmidt, Trustee in the above-entitled and numbered cause, and make this his first verified Motion for Continuance and in support thereof show:

I.

Schmidt was appointed the Chapter 11 Trustee in *In Re: Raymond A. Bruni*, Case No. 02-50419-L-11 and is scheduled to attend a 2-day mediation in Laredo, Texas on May 29 and 30. Schmidt has conferred with Mr. Schell who has advised that he is unopposed to this request.

II.

This continuance is not sought for delay only, but that justice may be done.

Wherefore Michael B. Schmidt, Trustee prays that this Court requests that the hearing now set in the above-entitled and numbered appeal be removed from its present setting of May 30, 2003, and be rescheduled for another date.

Respectfully submitted,
Law Offices of Michael B. Schmidt

Michael B. Schmidt
SBN 17775200  FBN 10260
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478

361.884.9949
361.884.6000 Fax
Attorney for Michael B. Schmidt, Trustee

## VERIFICATION

STATE OF TEXAS         §

COUNTY OF NUECES    §

    Before me, the undersigned, on this day personally appeared Michael B. Schmidt, Trustee, in the above-entitled and numbered appeal; that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.

_____
Michael B. Schmidt

    Subscribed and sworned to before me on this 21st day of May, 2003, to certify which witness my hand and seal of office.

_____
Notary Public - State of Texas

[SEAL: SHARON YARNELL, Notary Public, State of Texas, My Commission Expires 06-02-2005]

## Certificate of Conference

    I certifiy that I emailed Mr. Richard Schell on May 21, 2003 concerning this Motion and he is unopposed to the continuance.

_____
Michael B. Schmidt

## Certificate of Service

    I certify that the foregoing document was served by US mail, first class, postage prepaid on May 21, 2003 to Richard D. Schell, The Fleuriet Schell Law Firm LLP, 621 E. Tyler, Harlingen, TX 78550.

_____
Michael B. Schmidt