United States District Court
Southern District of Texas
ENTERED
MAY 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:
JUAN PEQUENO            §            CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLEE TO FILE RESPONSIVE BRIEF

The Court has considered the Motion of the Trustee for an Extension of Time to file his Responsive Brief to Appllellant Original Brief.. The Court finds that such Motion should be GRANTED. The Trustee shall have until June 30, 2003 to file this Brief.

IT IS SO ORDERED.

Signed: 5/22/03

Hon. Andrew S. Hanen
United States District Judge

3