UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN RE:
JUAN PEQUENO § CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### ORDER AND NOTICE OF HEARING ON
### MOTION FOR CONTINUANCE

It is ORDERED, AND NOTICE is hereby given, that the Motion for Continuance is GRANTED and oral arguments now set for Friday, May 30, 2003, is reset to:

A. _August 6_, 2003 at _2:00_ o'clock _p_.m. is now fixed for the pretrial conference.

IT IS SO ORDERED.

Signed: 5/22/03

Hon. Andrew S. Hanen
United States District Judge