UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

IN RE:
JUAN PEQUENO    §    CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### NOTICE OF PRETRIAL CONFERENCE

Per the attached Order and Notice of Hearing, the pretrial conference is now set for August 6, 2003 at 2:00 p.m. in BROWNSVILLE, Texas.

Further, per the attached Order, Appellee's Responsive Brief will be due June 30, 2003.

Executed this 27th day of May, 2003.

    Respectfully submitted,
    Law Offices of Michael B. Schmidt

    _____
    Michael B. Schmidt
    SBN 17775200  FBN 10260
    555 N. Carancahua, Ste. 1550
    Corpus Christi, TX 78478
    361.884.9949
    361.884.6000 Fax
    Attorney for Michael B. Schmidt, Trustee

Certificate of Service

I certify that the foregoing document was served by US mail, first class, postage prepaid on May 27, 2003 to Richard D. Schell, The Fleuriet Schell Law Firm LLP, 621 E. Tyler, Harlingen, TX 78550.

    _____
    Michael B. Schmidt

United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:
JUAN PEQUENO                           §        CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### ORDER AND NOTICE OF HEARING ON
### MOTION FOR CONTINUANCE

It is ORDERED, AND NOTICE is hereby given, that the Motion for Continuance is GRANTED and oral arguments now set for Friday, May 30, 2003, is reset to:

A.  _August 6_, 2003 at _2:00_ o'clock

_P_.m. is now fixed for the pretrial conference.

IT IS SO ORDERED.

Signed: _5/22/03_

                                        _____
                                        Hon. Andrew S. Hanen
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:
JUAN PEQUENO                              §        CIVIL ACTION NO. B-03-029
    Appellant

v.

MICHAEL B. SCHMIDT, TRUSTEE
    Appellee

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLEE TO FILE RESPONSIVE BRIEF

The Court has considered the Motion of the Trustee for an Extension of Time to file his Responsive Brief to Appellant Original Brief. The Court finds that such Motion should be GRANTED. The Trustee shall have until June 30, 2003 to file this Brief.

IT IS SO ORDERED.

Signed: 5/22/03

Hon. Andrew S. Hanen
United States District Judge

3