IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

CASE NO. C-B-03-029

IN RE: JUAN PEQUENO
                    DEBTOR

JUAN PEQUENO
                    APPELLANT

VS.

MICHAEL B. SCHMIDT, TRUSTEE
                    APPELLEE

Appeal from the United States Bankruptcy Court
for the Southern District of Texas
Brownsville Division
(Bankruptcy Case No. 01-24255-B-7)

**RESPONSE BRIEF OF APPELLEE MICHAEL B. SCHMIDT, TRUSTEE**

Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200
FBN 10260
ATTORNEY FOR APPELLEE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO. C-B-03-029

IN RE: JUAN PEQUENO
     DEBTOR

JUAN PEQUENO
     APPELLANT

VS.

MICHAEL B. SCHMIDT, TRUSTEE
     APPELLEE

Appeal from the United States Bankruptcy Court
for the Southern District of Texas
Brownsville Division
(Bankruptcy Case No. 01-24255-B-7)

# RECORD EXCERPTS TO THE RESPONSE BRIEF OF APPELLEE MICHAEL B. SCHMIDT, TRUSTEE

Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200
FBN 10260
ATTORNEY FOR APPELLEE