IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO, | § § § | |
| Appellants | § | CIVIL ACTION NO. B-03-029 |
| | § § | |
| v. | § § | |
| Michael B. Schmidt, Trustee | § § | |
| Appellee | § | |

## UNOPPOSED MOTION TO ENLARGE TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 6(b), Juan Pegueño, Appellant, respectfully requests that this court enlarge the period for filing his reply to the brief filed by Appellee, Michael B. Schmidt, Trustee.

1.  Trustee Schmidt filed his brief on or about June 24, 2003. Pursuant to Rule 8009(a)(3) of the Federal Bankruptcy Rules of Procedure, Mr. Pequeños reply is due today, July 7, 2003.

2.  Because of family commitments over the Fourth of July holiday weekend, counsel for Mr. Pequeño was not able to devote sufficient time to this matter to complete the reply brief. The reply brief will be completed and filed no later than Friday, July 11, 2003.

3.  Appellant seeks additional time, not solely for the purpose of delay, but so that justice may be done.

4. Counsel for Mr. Pequeño has conferred with Trustee Schmidt and determined that he is not opposed to this extension of time.

Based on the foregoing, Appellant Juan Pequeño would pray that this Court grant this motion and allow until July 11, 2003 to file his reply brief.

DATED: July 7, 2003.

Respectfully submitted,

**Richard D. Schell**
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*rds@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel, Michael B. Schmidt, regarding this matter and he indicated that he is UNOPPOSED to the relief requested in this motion.

_____
Richard D. Schell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via fax upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478

on this 7th day of July, 2003.

_____
Richard D. Schell