

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Appellants | § | CIVIL ACTION NO. B-03-029 |
| | § | |
| v. | § | |
| | § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

# ORDER ENLARGING TIME TO FILE APPELLANT'S REPLY BRIEF

The court this day considered the Unopposed Motion to Enlarge Time to File Appellant's Reply Brief filed by Juan Pegueño in this cause. It appearing that good cause has been shown, it is

ORDERED that the deadline for Appellant to file his reply to the Appellee's brief in this cause shall be, and the same hereby is, extended until July 11, 2003.

DONE this _10th_ day of July, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE