IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO, | § § § | |
| Appellants | § | CIVIL ACTION NO. B-03-029 |
| | § § | |
| v. | § § | |
| Michael B. Schmidt, Trustee Appellee | § § | |

## UNOPPOSED MOTION TO RESET ORAL ARGUMENTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 6(b), Juan Pegueño, Appellant, respectfully requests that this court reset the current date set for making oral arguments in this appeal.

1. This matter is currently set for oral arguments on August 6, 2003. All briefing has been completed.

2. On July 24, Richard D. Schell, counsel for the Appellant, underwent major abdominal surgery to remove his gall bladder. He was released from Valley Baptist Medical Center on July 29, 2003 with significant restrictions on his activities. Mr. Schell expects his period of convalescence to continue through August 15, 2003. Accordingly, Appellant would request that oral arguments in this appeal be reset to a date convenient to the court after August 15, 2003.

3. Appellant seeks this reset, not solely for the purpose of delay, but so that justice may be done.

4. Appellant's counsel has conferred with Trustee Schmidt and determined that he is not opposed to this extension of time.

Based on the foregoing, Appellant Juan Pequeño would pray that this Court grant this motion and reset the oral arguments in this appeal.

DATED: _Aug. 4_____, 2003.

Respectfully submitted,

_Richard D. Schell_ by ERJ
Richard D. Schell
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*rds@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel, Michael B. Schmidt, regarding this matter and he indicated that he is UNOPPOSED to the relief requested in this motion.

_____
Richard D. Schell by ERF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via fax upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478

on this 4 day of August, 2003.

_____
Richard D. Schell by ERF