IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Appellants | § | CIVIL ACTION NO. B-03-029 |
| | § | |
| v. | § | |
| | § | |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
| Appellee | § | |

## ORDER RESETTING ORAL ARGUMENTS

The court this day considered the Unopposed Motion to Reset Oral Arguments filed by Juan Pegueño in this cause. It appearing that good cause has been shown, it is

ORDERED that the currently scheduled arguments in this appeal are reset from their present date of August 6, 2003 to _September 3_, 2003 at _9:00_ a.m./~~p.m.~~

DONE this _5th_ day of August, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE