IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| JUAN PEQUENO | § | |
|    DEBTOR | § | |
| | | |
| JUAN PEQUENO | § | |
|    APPELLANT | § | CA NO. B-03-029 |
| V. | § | |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
|    APPELLEE | § | |

**TRUSTEE'S UNOPPOSED MOTION
FOR LEAVE TO FILE BRIEF IN RESPONSE TO APPELLANT'S REPLY BRIEF**

MICHAEL B. SCHMIDT, TRUSTEE ("Trustee") files this his Unopposed Motion pursuant to FRBP 8009(a)(3) for Leave of Court to File his Brief in Response to Appellant's Reply Brief and in support thereof would say as follows:

1. Counsel for Appellant has advised that he does not oppose this Motion.

2. Attached hereto and incorporated herein is the Trustee's Brief responsive to Appellant's Reply Brief.

2. Request is made that this Court grant leave to file this Brief responsive to new issues raised by Appellant in his Reply Brief.

WHEREFORE, Trustee prays that this Court grant leave to file this Brief in response attached hereto and incorporated herein, and grant Trustee any and all further relief deemed appropriate.

LAW OFFICE OF MICHAEL B. SCHMIDT

By: _____
Michael B. Schmidt
555 N. Carancahua, Suite 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF CONFERENCE

I certify that I contacted Mr. Schell regarding this Motion and he has advised me that he does not oppose this Motion.

_____
Michael B. Schmidt

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed, regular U.S. Mail, on this __12__ day of August, 2003 to those listed below:

Richard D. Schell
The Fleuriet Schell Law Firm LLP
621 E. Tyler
Harlingen, Texas 78550

_____
Michael B. Schmidt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| JUAN PEQUENO | § | |
| DEBTOR | § | |
| | | |
| JUAN PEQUENO | § | |
| APPELLANT | § | CA NO. B-03-029 |
| V. | § | |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
| APPELLEE | § | |

### ORDER GRANTING TRUSTEE'S MOTION
### FOR LEAVE TO FILE BRIEF IN RESPONSE TO APPELLANT'S REPLY BRIEF

On this day came on to be heard Trustee's Motion for Leave to File his Brief in Response to Appellant's Reply Brief and the Court having considered the Motion and the arguments of counsel has determined that said Motion is well taken and should be GRANTED.

It is therefore ORDERED that The Trustee's is GRANTED leave to file his Brief in Response which is attached to his Motion and it is deemed timely filed in this Cause.

Signed this _____ day of _____, 2003.

                                                   _____
                                                   ANDREW S. HANEN
                                                   United Stated District Judge