United States District Court
Southern District of Texas
FILED

SEP 0 3 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-029      DATE & TIME 9/3/03 @ 8:56 - 10:05 am

COUNSEL:

JUAN PEQUENO                   §   RICHARD SCHELL
    debtor

----------

MICHAEL B. SCHMIDT, TRUSTEE    §   MICHAEL SCHMIDT
    trustee

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Tony

Case called on the docket. Richard Schell appeared in person and for debtor, Juan Pequeno. Juan Pequeno, debtor, is present. Michael Schmidt, trustee, is present.

Court addresses 3 issues. First issue is whether Mr. Pequeno has automatic right to convert. Second issue is the character of funds. Third issue is whether Trustee has the right to settle.

After arguments of counsel, Court gives the parties until next Wednesday to submit any additional briefing. Court will take it under advisement and will submit a written opinion.

Court is adjourned.