U.S. District Court

33

Case: 1:03 cv 0029

9-10-03

Receipts Given To Trustee M. Schmidt
on 12-05-02 Concerning $60,000

United States District Court
Southern District of Texas
FILED

SEP 1 0 2003

Michael N. Milby
Clerk of Court

I, Juan Peguero, hereby submit copies of documents
(Bank receipts of deposits & withdrawals) I sent via FedEX
To Trustee Schmidt on 12/5/02 regarding the $60,000.00
which Trustee M. Schmidt is still claiming in the Appeal
Brief that he knows nothing about.

Respectfully Submitted

With permission from my Attorney
Richard Schell

# Detailed Results

| Quick Help |
|---|

**Tracking Number** 837787573076
**Reference Number**
**Ship Date** 12/05/2002
**Delivered To** Recept/Fmt desk
**Delivery Location** CORPUS CHRISTI TX
**Delivery Date/Time** 12/06/2002 11:36
**Signed For By** J.MYERS
**Service Type** Standard Letter

**Tracking Options**
- Obtain a Signature Proof of Delivery
- Email these tracking results to one or more recipients
- Track More Shipments

| Scan Activity | Date/Time | Comments |
|---|---|---|
| DeliveredCORPUS CHRISTI TX | 12/06/2002 11:36 | |
| On FedEx vehicle for deliveryCORPUS CHRISTI TX | 12/06/2002 08:43 | |
| Arrived at FedEx Destination LocationCORPUS CHRISTI TX | 12/06/2002 08:24 | |
| Left FedEx RampSAN ANTONIO TX | 12/06/2002 06:30 | |
| Arrived at FedEx RampSAN ANTONIO TX | 12/06/2002 05:30 | |
| Left FedEx Sort FacilityMEMPHIS TN | 12/06/2002 05:06 | |
| Left FedEx Sort FacilityMEMPHIS TN | 12/06/2002 00:03 | |
| Arrived at Sort FacilityMEMPHIS TN | 12/05/2002 23:45 | |
| Left FedEx Origin LocationHARLINGEN TX | 12/05/2002 21:44 | |
| Pickup statusHARLINGEN TX | 12/05/2002 19:02 | Payment Received |

2 of 23

**MICHAEL B. SCHMIDT**
**CHAPTER 7 TRUSTEE**
**SOUTHERN DISTRICT OF TEXAS**

## DOCUMENT REQUEST

Name of Debtor (s): _Juan Pequeno_

341 Meeting Date: _11/26/02_     Case No.: _01-24255_

**TAX RETURNS:**
Years _____  _____  _____  _____

Form 1040  ☐     ☐     ☐     ☐
Form 1020  ☐     ☐     ☐     ☐

Other _____

**BANK STATEMENTS AND CANCELLED CHECKS (All Accounts)**

Period _____ to _____

**OTHER DOCUMENTS:**

1. _Documents to Show $60,000 Rceved_
2. _in 1999 has been spent_
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

**All requested documents due in Trustee's office within 10 days from 341 meeting date.**

Signed this _26_ day of _Nov_ 20 _02_

_____            _____
Chapter 7 Trustee                         Debtor(s) Attorney

_3 of 23_

December 5, 2002

Re:  Copies of bank statements and bank receipts which show the distribution of (payments from) Debtor's retirement fund which was requested by Trustee Michael Schmidt at the 341 meeting on November 26, 2002

Dear Michael Schmidt, Trustee for Chapter 7

The following are copies of bank statements and bank receipts which you requested at the 341 meeting on November 26, 2002.

Sincerely,

Juan Pequeno

4 9 23

JUAN PEQUENO
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1859

2 - 23 19 99

88-450 / 1119 6008

PAY TO THE
ORDER OF _CUE Bank PREFERRED_ $ 5,033.79

_Five Thousand And Thirty-Three Dollars And 79/100_ DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

TO: **VALLEY FEDERAL CREDIT UNION**
183 East Price Road        1613 West Filmore        3149
Brownsville, TX 78521-3589    Harlingen, TX 78550-6270

MEMO _____

⑆111904503⑆600800060 18 204⑈ 1859

5 ⫨ 23

**JUAN PEQUEÑO**
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1857

2-13 19 99

88-450 6008
1119

PAY TO THE ORDER OF American Express Centurion Bank    $ 2,036.80

Two Thousand and Thirty-Six Dollars and 80/100 DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

TO: **VALLEY FEDERAL CREDIT UNION**
183 East Price Road    1613 West Filmore    3149
Brownsville, TX 78521-3589    Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈ 600800060 18 204⑈ 1857

---

**JUAN PEQUEÑO**
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1856

2-17 19 99

88-450 6008
1119

PAY TO THE ORDER OF Discover Card    $ 9,994.83

Nine Thousand and Nine Hundred and Ninty Four Dollars 83/100 DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

TO: **VALLEY FEDERAL CREDIT UNION**
183 East Price Road    1613 West Filmore    3149
Brownsville, TX 78521-3589    Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈ 600800060 18 204⑈ 1856

---

**JUAN PEQUEÑO**
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1858

2-19 19 99

88-450 6008
1119

PAY TO THE ORDER OF Bravo Card    $ 1,012.32

One-Thousand and Twelve Dollars and 32/100 DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

TO: **VALLEY FEDERAL CREDIT UNION**
183 East Price Road    1613 West Filmore    3149
Brownsville, TX 78521-3589    Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈ 600800060 18 204⑈ 1858

6 of 23

**JUAN PEQUENO**
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1870

88-450 6008
1119

6 - 11 19 99

PAY TO THE
ORDER OF _Household Bank (SB), N.A._ | $ 167.60

_One Hundred and Sixty-Seven Dollars and 60/100_ DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX
TO
**VALLEY FEDERAL CREDIT UNION**
183 East Price Road     1613 West Filmore     3149
Brownsville, TX 78521-3589   Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈:600800060 18 204⑈ 1870

SAFETY PAPER

7 of 23

**JUAN PEQUENO**
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1868

5 -18 19 99

88-450 6006
1119

PAY TO THE
ORDER OF _Descour Card_                    $ 5,000

_Five Thousand Dollars And_ ⁰⁄₁₀₀        DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

TO: **VALLEY FEDERAL CREDIT UNION**
183 East Price Road          1613 West Filmore        3149
Brownsville, TX 78521-3589   Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈⑆600800060⑈18204⑈⑈ 1868

8 of 23



**Financial Express Money Orders**
2801 Glenda Av
Fort Worth, Texas 76117-4391
800/695-3232

Money Order Number  0284183868
Date issued    NOV 26, 1999
Location    0284
Amount    $100.00

## Customer Receipt - Retain for your records

Memo: _Citibank_

Terms of Issuance:  You agree to promptly insert in ink in the spaces provided your name, address, and the payee's name.  You assume the responsibility for any losses caused by your failure to do so.  If this money order is lost or stolen, you should promptly return to the store where it was purchased to obtain a refund claim form.  Failure to do so in a timely manner may affect your ability to obtain a refund.

If this money order is not used you can return it to the store where it was purchased along with this receipt to make arrangements for a refund.  You may be required to show identification and a fee may be charged for refunds.  It is important that you KEEP THIS RECEIPT because it is your only record of purchasing this money order.  Financial Express may charge a fee if you request information about the endorsement or payment or other information about this money order and for other services we provide in connection with this money order.

The face of this money order contains other terms that are important.  Information about this money order may be obtained by calling Financial Express at 800/695-3232.

-----------------------------------------------------------------------------------

9 y 23

Case ... Document ... Filed ... Page 10 of 24

### Customer Receipt - Retain for your records

Memo: _Citibank_

Terms of Issuance: You agree to promptly insert in ink in the spaces provided your name, address, and the payee's name. You assume the responsibility for any losses caused by your failure to do so. If this money order is lost or stolen, you should promptly return to the store where it was purchased to obtain a refund claim form. Failure to do so in a timely manner may affect your ability to obtain a refund.

If this money order is not used you can return it to the store where it was purchased along with this receipt to make arrangements for a refund. You may be required to show identification and a fee may be charged for refunds. It is important that you KEEP THIS RECEIPT because it is your only record of purchasing this money order. Financial Express may charge a fee if you request information about the endorsement or payment or other information about this money order and for other services we provide in connection with this money order.

The face of this money order contains other terms that are important. Information about this money order may be obtained by calling Financial Express at 800/695-3232.

---

Financial Express Money Orders
2801 Glenda Av
Fort Worth, Texas 76117-4391
800/695-3232

Money Order Number 0284183866
Date issued     NOV 26, 1999
Location        0284
Amount          $300.00

### Customer Receipt - Retain for your records

Memo: _Citibank_

Terms of Issuance: You agree to promptly insert in ink in the spaces provided your name, address, and the payee's name. You assume the responsibility for any losses caused by your failure to do so. If this money order is lost or stolen, you should promptly return to the store where it was purchased to obtain a refund claim form. Failure to do so in a timely manner may affect your ability to obtain a refund.

If this money order is not used you can return it to the store where it was purchased along with this receipt to make arrangements for a refund. You may be required to show identification and a fee may be charged for refunds. It is important that you KEEP THIS RECEIPT because it is your only record of purchasing this money order. Financial Express may charge a fee if you request information about the endorsement or payment or other information about this money order and for other services we provide in connection with this money order.

The face of this money order contains other terms that are important. Information about this money order may be obtained by calling Financial Express at 800/695-3232.

---

Financial Express Money Orders
2801 Glenda Av
Fort Worth, Texas 76117-4391
800/695-3232

Money Order Number 0284183867
Date issued     NOV 26, 1999
Location        0284
Amount          $300.00

### Customer Receipt - Retain for your records

Memo: _Citibank_

Terms of Issuance: You agree to promptly insert in ink in the spaces provided your name, address, and the payee's name. You assume the responsibility for any losses caused by your failure to do so. If this money order is lost or stolen, you should promptly return to the store where it was purchased to obtain a refund claim form. Failure to do so in a timely manner may affect your ability to obtain a refund.

If this money order is not used you can return it to the store where it was purchased along with this receipt to

**VFCU Brownsville**
183 E. Price Road
(956) 546-3108
FAX (956) 544-5404



**RIO GRANDE VALLEY**

**VFCU Harlingen**
1613 W. Filmore
(956) 425-5668
FAX (956) 425-4320

The **EAGLE 1** has landed!

# EAGLE 1

The Valley's *FIRST* and *ONLY*
Mobile Financial Institution!

**Audio
Response
Teller**
(956) 546-5874
1-800-765-VFCU (8328)
*The 800 number is good
anywhere in the Continental U.S.*

**Valley Federal Support Network***
Hours   Monday thru Friday:  8:30 am to 8 pm
       Saturday   9 am to 4 pm

VFCU Brownsville:      (956) 546-3108
VFCU Brownsville Fax:  (956) 544-5404

VFCU Harlingen:        (956) 425-5668
VFCU Harlingen Fax:    (956) 425-4320

Telephone calls to your credit union are answered by the
Valley Federal Support Network ("VFSN" or "The Network").
This service provides faster phone access for loan requests,
balance inquiries, financial transactions, and questions

*Some fees may apply for services provided by VFSNRepresentatives
See our VFCU fee schedule for details

Use your ATM Card in machines
that display the following logos:

CIRRUS        pulse

pulse PAY     THE EXCHANGE

SUZIE-Q is an account access and information service. No
application, set-up or annual fee is required for its use. It is
subject to share (savings) and money market account
withdrawal limits and fees.
Normal fee charges will apply for services provided by phone
representatives or in person. All share (savings) and money
market accounts are subject to withdrawal limits and fees by
phone, in person and through SUZIE-Q. See our VFCU Fee
Schedule for details

TRANSACTION SUMMARY   SHARE WITHDRAWAL BY CASH
                      TELLER: 57   BR. 00   EFF DATE: 04/22/99   DATE: 04/22/99
                      TXN: 071     TIME: 15:48:14   CAN: 18341

MEMBER NUMBER:     601520   MEMBER NAME: JUAN PEQUENO

FUNDS DISBURSED TO YOU : CASH        $1,300.00        TJ' 0271171384

TRANSACTIONS POSTED                          ACCOUNT   TXN AMOUNT   END BALANCE
FROM CHECKING W/D                            75        $1,300.00    $23,695.61

MOTHER'S DAY CAR PROMOTION ON MAY 6,7 & 8! FOR DETAILS!!!        PAGE 1 OF 1

**MEMBER SIGNATURE**

11 923

JUAN PEQUENO
LIC. 02171384
P. O. BOX 5692
BROWNSVILLE, TX 78520

1871

88-450/6008
1119

6 - 30 19 99

PAY TO THE
ORDER OF _Citibank Prefered_____ $ 140.00

One-Hundred and Forty Dollars and 00/100 _____ DOLLARS

Payable Through: Town North National Bank, Farmers Branch, TX

VALLEY FEDERAL CREDIT UNION
183 East Price Road          1613 West Filmore     3149
Brownsville, TX 78521-3589   Harlingen, TX 78550-6270

MEMO _____

⑈111904503⑈ ⑆6008000601820⑈ 1871

12 9 c3

02/16/99 18:54 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         8952
WITHDRAWAL    $    500.00
/ OM CHECKING

TOTAL         $   59848.42
AVAILABLE     $   59848.42

02/22/99 22:03 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         101
WITHDRAWAL    $    500.00
FROM CHECKING

TOTAL         $   42117.13
AVAILABLE     $   42117.13

02/25/99 19:14 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         681
WITHDRAWAL    $    500.00
FROM CHECKING

TOTAL         $   41617.13
AVAILABLE     $   41617.13

13 of 23



```
                                                    5832850006018205-1
                                                    TX BROWNSVILLE
                                                    301 EAST PRICE
                                                    RECORD NO.          770
                                                    WITHDRAWAL    $   500.00
                                                    FROM CHECKING

                                                                  $   26555.07
```

```
04/14/99 14:33 TX164900

  5832850006018205-1

TX BROWNSVILLE
301 MEXICO BLVD
RECORD NO.          4130
WITHDRAWAL    $   500.00
FROM CHECKING

TOTAL       $   27055.07
AVAILABLE   $   27055.07
```

26,555
  500
$27,055

26,555
 1,000    - House/Consult
25,555
 - 500
25,053

24,995.61
 1,100
23,895
   200
23,695

15 y 23

05/01/99 17:03 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.            3203
WITHDRAWAL    $   500.00
FROM CHECKING

TOTAL            22695.61
AVAILABLE        22695.61

05/10/99 14:54 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.           5044
WITHDRAWAL    $   300.00
FROM CHECKING

TOTAL      $   22164.58
AVAILABLE  $   22164.58

22695
500
23,195

23
1
24
24
46
14
60

05/28/99 16:23 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.           8663
WITHDRAWAL    $   500.00
FROM CHECKING

TOTAL      $   15912.06
AVAILABLE  $   15912.06

500
16,412.06

@ 5/28/99

16 of 23



```
06/05/99 11:10 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         006
WITHDRAWAL    $    400.00
FROM CHECKING


TOTAL         $   15012.06
AVAILABLE     $   15012.06
```

```
06/01/99  9:48 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         9422
WITHDRAWAL    $    500.00
FROM CHECKING

TOTAL         $   15412.06
AVAILABLE     $   15412.06
```

```
06/20/99 18:38 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         2273
WITHDRAWAL    $    100.00
FROM CHECKING

TOTAL         $   13560.91
AVAILABLE     $   13560.91
```

```
06/18/99 14:06 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         2276
WITHDRAWAL    $    200 00
FROM CHECKING

TOTAL         $   13828.51
AVAILABLE     $   13828.51
```

13560
  100
13660
  200
13860
  752
13008
  300
13,608

14028
  752
 771

```
06/29/99 12:56 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.         4387
WITHDRAWAL    $    500 00
FROM CHECKING

TOTAL         $
```

17  923



08/05/99 18:20 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.          1390
WITHDRAWAL   $   500.00
FROM CHECKING

TOTAL        $   10137.36
AVAILABLE    $   10137.36

09/08/99 19:32 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.          7280
WITHDRAWAL   $   300.00
FROM CHECKING

TOTAL        $   5722.78
AVAILABLE    $   5722.78

09/14/99   :22 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.          8257
WITHDRAWAL   $   400.00
FROM CHECKING

TOTAL        $   5322.78
AVAILABLE    $   5322.78

09/23/99 20:46 TX162100

5832850006018205-1

TX BROWNSVILLE,
183 EAST PRICE
RECORD NO.          97
WITHDRAWAL   $   200.00
FROM CHECKING

TOTAL        $   4296.32
AVAILABLE    $   4296.32



18 of 23

2

**2. Income other than from employment or operation of business**

☐ None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| $61,000 | 02/1999 | Retirement with City of Brown. |
| $4,000 | 12/1999 | Unemployment Compensation |
| $2,000 | 2/2000 | " " |

**3. Payments to creditors**

☒ None

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

☒ None

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ None

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| B-00150 | Violation of free speech 1st Amendment | Federal Court | On Appeal |

19 of 23

# ALS
## SERVICES INC

**MORTGAGE STATEMENT**

www.alservices.com
Customer Care: 800-550-0508
Mon - Fri, 8:00 am to 5:00 pm, MST
Refinance/Sales: 877-297-5353
Mon - Fri, 8:00 am to 5:00 pm, MST
Delinquency Control: 800-550-0509
Mon - Fri, 8:00 am to 8:00 pm, MST

**ACCOUNT NUMBER:** 0020568531

**PROPERTY ADDRESS:**
1354 JENKINS AVE
BROWNSVILLE, TX 78520

#BWNDXCT
#3640020568531030#    37447  R

JUAN PEQUENO
PO BOX 5692
BROWNSVILLE, TX 78523-5692

||...||...|...||...|...||...|...||...||...|...||...|

Did you know you can obtain your loan information
online?  www.alservices.com

### Account Information

| Item Description | Amount |
|---|---|
| Balances as of  3/18/02 | |
| Principal Balance* | $29,611.43 |
| Escrow Balance | $2,276.80- |
| Unpaid Late Charges | $511.01 |
| Interest Rate | 10.000% |
| Year to Date | |
| Interest Paid | $.00 |
| Taxes Paid | $.00 |

\* The principal balance is not the total required to pay your loan in full.

**STATEMENT DATE:**  3/18/02

### PAYMENT SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Payment Due Date | 7/01/01 | Return Check Fees | $.00 | Total Amount Now Due | $11,394.20 |
| Payment Amount Due | $783.90 | Other Fees | $.00 | If Paid After | 4/16/02 |
| Past Due Amounts | $8,260.56 | Suspense Balance | $.00 | Late Charge | $31.36 |
| Unpaid Late Charges | $511.01 | Advances | $1,838.73 | If Paid After  4/16/02 , Please Pay | $11,425.56 |

### TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Miscellaneous or Fees |
|---|---|---|---|---|---|---|---|---|
| PROP PRES DISB | | 2/21 | | | | | | $10.20- |
| LATE CHARGE | 7/01 | 3/18 | | | | | | $36.71- |

### SPECIAL MESSAGES

This statement is for informational purposes only. Our records indicate that any collection efforts in connection with this matter are presently stayed due to the pendency of a bankruptcy and the resulting bankruptcy automatic stay. Any delinquency on your loan, prior to the bankruptcy, will be treated in accordance with the bankruptcy law.

If a late charge is reflected on your billing statement, it has been assessed in accordance with the terms and provisions of your mortgage loan documents.

Please remember to send all Overnight Express Mail to:
**AURORA LOAN SERVICES INC**
ATTN: CASHIERING
2530 S. Parker Rd., Ste. 601
Aurora, CO 80014

Thank you for doing business with Aurora Loan Services Inc.     *20  823*
Online loan information:  www.alservices.com

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR LOAN**

01/01/02

**MORTGAGE INTEREST STATEMENT**

AURORA LOAN SERVICES INC
P O BOX 1706
SCOTTSBLUFF, NE 69363-1706

PHONE NO. 800-550-0508

2001

Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901

Substitute Form 1098

**Copy B**
**For Payer**

| RECIPIENT'S Federal identification no. | PAYER'S social security number |
|---|---|
| 13-3947742 | 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 |

| | |
|---|---|
| 1 Mortgage interest received from payer(s)/borrower(s) | $ 1,526.25 |
| 2 Points paid on purchase of principal residence (See Box 2 on back ) | $ .00 |
| 3 Refund of overpaid interest (See Box 3 on back ) | $ .00 |
| 4 Real estate taxes paid | $ 1,593.99 |

PAYER'S/BORROWER'S name, address, and zip code

6175

JUAN PEQUENO
PO BOX 5692
BROWNSVILLE TX 78523-5692

| Account number (optional) | Loan type |
|---|---|
| 0020568531 | V.A. |

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this interest on your return.

Form 1098-Substitute          (Keep for your records)          Department of the Treasury - Internal Revenue Service

---

| ESCROW RECONCILIATION | PRINCIPAL RECONCILIATION |
|---|---|
| $895.63 - BEGINNING BALANCE | $31,166.96 BEGINNING BALANCE |
| $1,852.38 + DEPOSITS | $1,555.53 PRINCIPAL APPLIED |
| $1,639.56 - HAZARD INS PAID | $29,611.43 ENDING BALANCE |
| $1,593.99 - TAXES PAID | |
| $2,276.80- ENDING BALANCE | |

$917.84 CURRENT PAYMENT
$404.21 CURRENT ESCROW PMT

PROPERTY ADDRESS:
1354 JENKINS AVE
BROWNSVILLE          TX78520

---

-------------------------- **2001 INTEREST CALCULATIONS** --------------------------

TOTAL INTEREST APPLIED 2001                              $1,526.25

2001 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)   $1,526.25

OUTSTANDING LATE FEES DUE    $400.88

YOU MAY OR MAY NOT BE ABLE TO DEDUCT THESE ITEMS. IF YOU HAVE ANY QUESTIONS,
PLEASE CONTACT YOUR TAX ADVISOR.

21 of 23

# ALS
**A U R O R A   L O A N**
**S E R V I C E S   I N C**

**MORTGAGE STATEMENT**

Customer Care:  800-550-0508
  Mon - Fri, 8:00 am to 5:00 pm, MST
Refinance/Sales:  877-297-5353
  Mon - Fri, 8:00 am to 5:00 pm, MST
Delinquency Control:  800-550-0509
  Mon - Fri, 8:00 am to 5:00 pm, MST

#BWNDXCT
#3640020568531063#      34804   R  CP

JUAN PEQUENO
PO BOX 5692
BROWNSVILLE, TX 78523-5692

||..||.|.|..|.|...|.|..|.|.|..|..|.|..|.|.|..|.|.|.||

| ACCOUNT NUMBER: | 0020568531 |
|---|---|

**PROPERTY ADDRESS:**
1354 JENKINS AVE
BROWNSVILLE, TX 78520

### Account Information

| Item Description | Amount |
|---|---|
| Balances as of  6/18/01 | |
| Principal Balance* | $29,611.43 |
| Escrow Balance | $956.75 |
| Unpaid Late Charges | $180.62 |
| | |
| Interest Rate | 10.000% |
| | |
| Year to Date | |
| Interest Paid | $1,526.25 |
| Taxes Paid | $.00 |

* The principal balance is not the total
  required to pay your loan in full.

STATEMENT DATE:      6/18/01

### PAYMENT SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Payment Due Date | 7/01/01 | Return Check Fees | $.00 | Total Amount Now Due | $1,098.46 |
| Payment Amount Due | $917.84 | Other Fees | $.00 | If Paid After | 7/16/01 |
| Past Due Amounts | $.00 | Suspense Balance | $.00 | Late Charge | $36.71 |
| Unpaid Late Charges | $180.62 | Advances | $.00 | If Paid After 7/16/01 , Please Pay | $1,135.17 |

### TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Miscellaneous or Fees |
|---|---|---|---|---|---|---|---|---|
| PAYMENT | 6/01 | 6/18 | $917.84 | $264.66 | $248.97 | $404.21 | | |

### SPECIAL MESSAGES

If a late charge is reflected on your billing statement, it has been assessed in accordance with the terms and provisions of your mortgage loan documents.

Please remember to send all Overnight Express Mail to:
**AURORA LOAN SERVICES INC**
601 Fifth Avenue
Scottsbluff, NE 69361

Thank you for doing business with Aurora Loan Services Inc

*22 of 23*

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR LOAN**

# ALS  AURORA LOAN SERVICES INC

**MORTGAGE STATEMENT**

| ACCOUNT NUMBER: | 0020568531 |
|---|---|

**PROPERTY ADDRESS:**
1354 JENKINS AVE
BROWNSVILLE, TX 78520

Customer Care: 800-550-0508
Mon - Fri, 8:00 am to 5:00 pm, MST
Refinance/Sales: 877-297-5353
Mon - Fri, 8:00 am to 5:00 pm, MST
Delinquency Control: 800-550-0509
Mon - Fri, 7:00 am to 5:00 pm, MST

7974   R

JUAN PEQUENO
PO BOX 5692
BROWNSVILLE, TX 78523-5692

## Account Information

| Item Description | Amount |
|---|---|
| Balances as of  7/10/00 | |
| Principal Balance* | $32,405.37 |
| Escrow Balance | $1,281.36 |
| Unpaid Late Charges | $180.62 |
| Interest Rate | 10.000% |
| Year to Date | |
| Interest Paid | $1,945.76 |
| Taxes Paid | $.00 |

* The principal balance is not the total required to pay your loan in full.

STATEMENT DATE:     7/10/00

## PAYMENT SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Payment Due Date | 8/01/00 | Return Check Fees | $.00 | Total Amount Now Due | $907.50 |
| Payment Amount Due | $726.88 | Other Fees | $.00 | If Paid After | 8/16/00 |
| Past Due Amounts | $.00 | Suspense Balance | $.00 | Late Charge | $29.08 |
| Unpaid Late Charges | $180.62 | | | If Paid After 8/16/00 , Please Pay | $936.58 |

## TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Miscellaneous or Fees |
|---|---|---|---|---|---|---|---|---|
| PAYMENT | 7/00 | 7/10 | $726.88 | $241.57 | $272.06 | $213.25 | | |

## SPECIAL MESSAGES

If a late charge is reflected on your billing statement, it has been assessed in accordance with the terms and provisions of your mortgage loan documents.

Please remember to send all Overnight Express Mail to:
AURORA LOAN SERVICES INC
601 Fifth Avenue
Scottsbluff, NE 69361

For financing a new or existing home, please call us toll-free at 1-877-297-5353, Mon-Fri, 8:00am-5:00pm MST.

Thank you for doing business with Aurora Loan Services Inc

*23 of 23*

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR LOAN**

DETACH AND RETURN BOTTOM PORTION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Michael B. Schmidt
John Vardeman
LAW OFFICE OF MICHAEL B. SCHMIDT
712 American Bank Plaza
Corpus Christi, TX 78475
*VIA U.S. Certified Mail*

on this _____ *11th* day of _____ *September* _____, 2003.

_____
**Juan Pequeno**