IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| APPELLANT | § | CA NO. B-03-029 |
| V. | § | |
| MICHAEL B. SCHMIDT, TRUSTEE | § | |
| APPELLEE | § | |

TRUSTEE'S BRIEF IN RESPONSE TO APPELLANT'S SUPPLEMENT TO BRIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Michael B. Schmidt, Appellee files this Response to Appellant's Supplement to Brief and would show as follows:

1. Appellant's attachment from *West* in §6.10 thereof, cites as authority, the very case, *In re Carter*, 182 F3d 1027, 1029 (9th Cir. 1999) relied upon by the Trustee regarding the objecting parties burden and shifting the burden. Quoting from §6.10 of *West*, on *Carter*, "If the initial burden is met, the burden of production then shifts to the debtor to come forward with unequivocal evidence to demonstrate that the exemption is proper." This is exactly what Appellee cites the case for.

2. Appellee, at trial, offered credible evidence that the judgment did not contain loss of future wages. The burden of going forward with evidence to demonstrate that the exemption was proper (i.e., the judgment was all for future lost wages) then shifted to Pequeno. Pequeno offered no credible evidence to demonstrate the judgment was all for future loss wages as he scheduled it. The Bankruptcy Court's finding that there was no award for future lost wages therefore, was not

clearly erroneous.

3. The Bankruptcy Court, contrary to Appellant, was not faced with a *Shurley* situation. The preponderance of the evidence before the Bankruptcy Court proved that the jury had not awarded Appellant any future lost wages because they believed he was getting his job back. *In re Sims*, 241 B.R. 467 (Bankr N.D. Okla. 1999) also cited in § 6.10 of *West* sets forth "preponderance of the evidence" as the proof necessary to meet the burden to defeat an exemption.

Respectfully submitted,

LAW OFFICE OF MICHAEL B. SCHMIDT

Michael B. Schmidt
555 N. Carancahua, Suite 1550
Corpus Christi, TX 78478
SBN 17775200 FBN 10260
361.884.9949
361.884.6000 fax
mbsatty@swbell.net (Court only)

Attorney for Trustee

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed, regular U.S. Mail, on this 15 day of September 2003 to the persons listed below:

Richard D. Schell
The Fleuriet Schell Law Firm LLP
621 E. Tyler
Harlingen, Texas 78550

Michael B. Schmidt