United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| Appellant | § § § | CIVIL ACTION NO. B-03-029 |
| v. | § § § | |
| Michael B. Schmidt, Trustee | § | |
| Appellee | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:

Please note that counsel of record for the Appellant, Juan Pequeño, has moved his practice. His new contact information is as follows:

> Richard D. Schell
> LAW OFFICES OF RICHARD D. SCHELL
> 100 Savannah, Suite 460
> McAllen, Texas 78503
> (956) 687-2727
> (956) 687-3329 (fax)
> *rick@rickschell.com*

The undersigned requests that all communications, including correspondence, pleadings, motions, orders or other notices regarding this cause be directed to him at the address noted above.

DATED: _November 24_, 2003.

Respectfully submitted,

# RICKSCHELL™
LAW OFFICES OF RICHARD D. SCHELL
100 Savannah, Suite 460
McAllen, Texas 78503
(956) 687-2727
(956) 687-3329 (fax)
*rick@rickschell.com*

By: _____
Richard D. Schell
State Bar No. 17736780

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served via fax upon the following:

Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361-884-9949
361-884-6000 fax

on this _24th_ day of November, 2003.

_____
Richard D. Schell