NOTICE OF APPEAL TO
U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT
FROM AN ORDER OF A DISTRICT COURT

United States District Court for the
Southern District of Texas Brownsville Division

| | | |
|---|---|---|
| In re § | | |
| Juan Pequeno, § | File No:03cv0029 | |
| Debtor § | | |
| Juan Pequeno, § | | |
| Plaintiff § | | |
| v. § | | |
| Trustee Michael B. Schmidt, § | | |
| Defendant § | | |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Juan Pequeno, Plaintiff appeals to the United States Court of Appeals for the 5th Circuit from an order of the district court for the Southern District of Texas Brownsville Division, entered in this case on April 1, 2004, such order deciding that Debtor's Judgment be non-exempt.

1. On December 31, 2001, Debtor originally filed Bankruptcy pro-se in order to stop foreclosure of Debtor's home of 20 years and of which Debtor has paid more than half of the appraised value.

1

2. On November 7, 2002, Honorable Judge Richard Schmidt signed 4 orders against Debtor which were appealed by Debtor.

3. On April 1, 2004, the Honorable Judge Andrew Hanen filed his order.

4. Under Federal Rules of Bankruptcy of Rule 4003 (c) Exemptions, the objecting party has the burden of proving that the exemptions are not properly claimed. Trustee Michael Schmidt has not met the burden of proof. Trustee Michael Schmidt submitted Honorable Judge Hilda Tagle's ruling of August 14, 2002 which states that juror's hearsay or Debtor's hearsay is not admissible evidence and for this same matter, Attorney Alejandro Garcia's 'hearsay proffer' even if false, regarding issues after the Jury verdict, is also inadmissible, and unethical since it violates attorney-client privilege.

5. The District Court failed to uphold Debtor's exemption of Final Judgment when clearly the Judgment is part of the future pay since the previous employer is not re-instating Debtor and since the Judgment is only part of the Total pecuniary damages as depicted by the expert witness Economist, Dr. Kenneth G. McCoin.

Signed April 30, 2004

Respectfully submitted,

Juan Pequeno
P.O. Box 5692
Brownsville, Texas 78523
956/542-2470

By: _____
Juan Pequeno, Pro-se

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing, has been served on, April 30, 2004 to all counsel of record, via certified mail return receipt requested to the following:

Michael B. Schmidt
John Vardeman
Law Office of Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, TX   78478
Chapter 7 Trustee


_____
Juan Pequeno
P.O. Box 5692
Brownsville, Texas 78523
Pro se