United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE:<br>    JUAN PEQUENO<br>        DEBTOR | § | CIVIL NO: B-03-029 |

JUAN PEQUENO
    APPELLANT

V.

MICHAEL B. SCHMIDT, TRUSTEE
    APPELLEE

### TRUSTEE'S NOTICE OF APPEAL
### SUBJECT TO MOTION TO DISMISS

Notice is hereby given that Michael B. Schmidt, Trustee ("Appellee") in the captioned case, pursuant to Rule 4 (a) (3) FRAP hereby appeals to the United States Court of Appeal for the Fifth Circuit from an Order entered on April 1, 2004 (Docket #36). This Notice of Appeal is made subject to a Motion to Dismiss Pequeno's appeal. The Order Pequeno has given Notice of Appeal for is interlocutory and therefore not believed to be appealable. Out of an abundance of caution the Trustee is giving this Notice of Appeal which he will withdraw upon dismissal of the appeal as interlocutory.

Respectfully submitted:

Law Offices of Michael B. Schmidt

By: _____
Michael B. Schmidt
555 N. Carancahua, Suite 1550
Corpus Christi, TX 78478
361/884-9949 Office
361/884-6000 Fax
TBN: 17775200
Federal I.D. No. 10260
ATTORNEYS FOR TRUSTEE

1

CERTIFICATE OF SERVICE

   I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 11th day of May, 2004 by regular mail, to the persons listed.

                    Michael B. Schmidt

Juan Pequeno
P. O. Box 5692
Brownsville, TX 78523

Barbara Jue
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476