United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CA B-03-029 |
| JUAN PEQUENO | | (BANKRUPTCY NO. 01-24255-B-7) |
| DEBTOR | | |

JUAN PEQUENO
    APPELLANT

V.

MICHAEL B. SCHMIDT, TRUSTEE
    APPELLEE

## TRUSTEE'S DESIGNATION OF ISSUES AND ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF ORDER

Comes now, Michael B. Schmidt, Trustee ("Trustee") and files his Designation of Issues and Items to be included in the Record and Issues in the Appeal to the U.S. Court of Appeals for the Fifth Circuit in the above styled and numbered cause and designates items to be included as follows.

The Trustee designates the issues on appeal as follows:

Designation of Issues:    Did the District Court err in overruling the Bankruptcy Court's ruling that conversion to Chapter 13 can be denied for bad faith?

Designation of Items:

1. Order Denying Motion to Convert to Chapter 13 (Docket #121);
2. Order Denying Motion to Vacate Order Authorizing Trustee to Mediate and Settle (Docket #120);
3. Order Denying Motion to Vacate Trustee's Agreed Order Approving Settlement Agreement (Docket #119);

4. Order Sustaining Objection to Exemptions of Property (Docket #118);
5. Exhibit List and Exhibits (Docket #95) filed (and admitted) by Michael B. Schmidt;
6. Debtor's Voluntary Petition (Docket #1);
7. Notice of Appointment of Trustee (Docket #4);
8. Objection to Motion to Voluntarily Dismiss (Docket #9)
9. Motion to Compel Debtor to file his Schedules and Statement of financial Affairs (Docket #28);
10. Order Granting application to Employ Frank Costilla and Michael B. Schmidt as Special Counsel (Docket #32);
11. Schedules A-J and Summary filed by Juan Pequeno (Docket #39);
12. Order Granting Motion to Compel (Docket #42);
13. Objection to Motion to Convert Case to Chapter 13 (Docket #51);
14. Response to Motion to Deny Hiring of Attorney Frank Costilla (Docket #52);
15. Amended Schedules and Summary (Docket #59);
16. Schedules A-J and Summary, Statement of Financial Affairs, Statement of Intent (Docket #58);
17. Objection to Debtor's Claim of Exemptions (Docket #63);
18. Order Granting Emergency Motion to Authorize Trustee to Mediate and Settle (Docket #68);
19. Joint Motion for Approval of Compromise and to Approve Settlement Agreement (Docket #74);
20. Agreed Order Approving Settlement Agreement (Docket #75);
21. Docket Sheet (and enclosed Courtroom minutes);
22. Brief by Trustee (Docket #96);
23. Court's letter to Debtor regarding Exhibits (Docket #98)
24. Order (Docket #36); and
25. Notice of Appeal (Docket #37).

Respectfully submitted:
Law Office of Michael B. Schmidt

By: _____
Michael B. Schmidt
555 N. Carancahua, Suite 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200 FBN 10260
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 11th day of May, 2004 by regular mail, to the persons listed.

_____
Michael B. Schmidt

Juan Pequeno
P. O. Box 5692
Brownsville, TX 78523

Barbara Jue
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476