UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk



MAY 13, 2004

Mr. Charles R. Fulbruge, III, Clerk          Re:  PEQUENO
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                    VS   SCHMIDT
New Orleans, Louisiana 70130
                                              CA B-03-029

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

04-40573

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ___ HAS/ __X__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is  ANDREW S. HANEN

[ ] Court reporter assigned to this case is _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Pinales, Deputy Clerk

cc: Juan Pequeno
    Michael B. Schmidt
    File