IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-40573

U.S. COURT OF APPEALS
**FILED**

JUL 6 2004

CHARLES R. FULBRUGE III
CLERK

In The Matter Of: JUAN PEQUENO

    Debtor

-----------------------------

JUAN PEQUENO

    Appellant-Cross-Appellee

v.

MICHAEL B SCHMIDT, Trustee

    Appellee-Cross-Appellant

-----------------------------

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

-----------------------------

Before BARKSDALE, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion of appellee-cross-appellant to dismiss the appeal for lack of jurisdiction is *is carried with the case.*

MOT-21