```
                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

JUAN PEQUENO, DEBTOR           )
                               )
                               ) CIVIL ACTION NO.
AND                            ) B-03-029
                               )
MICHAEL B. SCHMIDT, TRUSTEE    )
                               )

```
                         PRETRIAL CONFERENCE
                BEFORE THE HONORABLE ANDREW S. HANEN
                         SEPTEMBER 3, 2003
```

APPEARANCES:

For the Debtor:        MR. RICHARD SCHELL
                       Fleuriet Schell Law Firm
                       621 East Tyler
                       Harlingen, Texas   78550


For the Trustee:       MR. MICHAEL SCHMIDT
                       555 North Carancahua
                       Suite 1550
                       Corpus Christi, Texas   78578

Transcribed by:        BARBARA BARNARD
                       Official Court Reporter
                       600 E. Harrison, Box 301
                       Brownsville, Texas   78520
                       (956)548-2591

**CERTIFIED COPY**