United States District Court
Southern District of Texas
FILED

APR 1 4 2005

Michael N. Milby
Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 12, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-40573 Pequeno v. Schmidt
      USDC No. 1:03-CV-29

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes      ( 2 ) Boxes

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
          Jerome Anderson, Deputy Clerk
          504-310-7693

cc: (letter only)
    Mr Juan Pequeno
    Mr Michael B Schmidt

P.S. to Judge Hanen: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1